Steven H. Rosenbaum (NY Bar #1901958)
Jonathan M. Smith (DC Bar #396578)
R. Tamar Hagler (CA Bar #189441)
Christy E. Lopez (DC Bar #473612)
Eric W. Treene (NY Bar #2568343)
Sean R. Keveney (TX Bar #24033862)
Jessica C. Crockett (NY Bar #4694972)
Matthew J. Donnelly (IL Bar #6281308)
Attorneys
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC  20530
Phone:       (202) 305-4838
Facsimile:   (202) 514-1116
E-mail:  sean.keveney@usdoj.gov

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States,<br><br>                Plaintiff;<br><br>      v.<br><br>Town of Colorado City, Arizona, *et al.*,<br><br>                Defendants. | No. 3:12cv8123-HRH<br><br>**UNITED STATES' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**STATEMENT OF FACTS**

1. On March 20, 2014, the jury in *Cooke v. Town of Colorado City*, "returned a verdict in favor of Plaintiffs Ron and Jinjer Cooke . . . and Plaintiff-Intervenor the State of Arizona (the 'State')." *See* Order at 1, *Cooke v. Town of Colorado City*, No. 3:10-cv-08105 (D. Ariz. Sept. 4, 2014), ECF No. 703.

2. "[T]he jury [in the *Cooke* case] found by a preponderance of the evidence that Defendants violated the Arizona Fair Housing Act by engaging in a pattern or

1

1  practice of resistance to the full enjoyment of any right granted by the Act." Order
2  at 4, *Cooke v. Town of Colorado City*, No. 3:10-cv-08105 (D. Ariz. Sept. 4, 2014),
3  ECF No. 703. The Court adopted this finding as its own. *Id.* at 5.

3. On November 26, 2014, the *Cooke* court entered an amended judgment in favor of the State of Arizona and awarded civil penalties to the State based on its claim that the Defendants engaged in a pattern or practice of discrimination on the basis of religion in violation of the Arizona Fair Housing Act. *See* Amended Judgment and Permanent Injunction, Cooke, No. 3:10-cv-08105 (D. Ariz. Nov. 26, 2014), ECF No. 723.

Respectfully submitted this 22nd day of December,

    STEVEN H. ROSENBAUM
    Chief
    Housing and Civil Enforcement Section

    JONATHAN M. SMITH
    Chief
    Special Litigation Section

    R. TAMAR HAGLER
    CHRISTY E. LOPEZ
    Deputy Chiefs

    ERIC W. TREENE
    Special Counsel

    */s/ Jessica Clarke Crockett*
    SEAN R. KEVENEY
    JESSICA C. CROCKETT
    MATTHEW J. DONNELLY
    Attorneys
    United States Department of Justice
    Civil Rights Division
    950 Pennsylvania Avenue, NW
    Washington, DC  20530
    Phone:       (202) 305-4013
    Facsimile:   (202) 514-1116
    E-mail: jessica.crockett@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 22, 2014, I caused a copy of the foregoing to be sent via the Court's ECF system to the following:

Jeffrey C. Matura
Asha Sebastian
Graif Barrett & Matura, P.C.
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
*Attorneys for Defendant Town of Colorado City*

R. Blake Hamilton
Ashley M. Gregson
Durham Jones & Pinegar
111 East Broadway, Suite 900
Salt Lake City, Utah 8411
*Attorneys for Defendants City of Hildale, Twin City Water Authority, and Twin City Power*

　　　　　　　　　　　　　　　　　　　　　*/s/ Jessica Clarke Crockett*
　　　　　　　　　　　　　　　　　　　　　JESSICA CLARKE CROCKETT
　　　　　　　　　　　　　　　　　　　　　Attorney for the United States