UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**Ronald Cooke and Jinjer Cooke, husband and wife,**

    Plaintiffs,

vs.

**Town of Colorado City, Arizona, et al.,**

    Defendants.

CV 10-8105-PCT-JAT

Phoenix, Arizona
January 29, 2014

REPORTER'S TRANSCRIPT OF PROCEEDINGS

(Jury Trial - Day 2 - Testimony of Isaac Wyler)

**BEFORE:** THE HONORABLE **JAMES A. TEILBORG,** SENIOR JUDGE

Official Court Reporter:

David C. German, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC-39
Phoenix, Arizona 85003-2151
(602) 322-7251

PROCEEDINGS TAKEN BY STENOGRAPHIC COURT REPORTER
TRANSCRIPT PREPARED BY COMPUTER-AIDED TRANSCRIPTION

```
 1  A.  No, I don't know.
 2  Q.  You don't know whether Twin City Improvement Association
 3  followed the water policy to get a new water connection to
 4  that storehouse, correct?
 5  A.  I'd never heard of any kind of a policy like that.  It's          03:18:04
 6  never happened before.  All the years me growing up they
 7  never had to do anything like that ever.
 8  Q.  Let's talk about that.  You are not FLDS, correct?
 9  A.  Not any longer.
10  Q.  January 2004 I believe was your testimony.  Is that true?        03:18:19
11  A.  From that date on, yes.
12  Q.  Pretty safe to say that you're an outspoken critic of the
13  FLDS faith, true?
14  A.  I guess you could say that.  I don't know.  I don't
15  believe that the leaders are doing it right.  If you call           03:18:32
16  that outspoken and critical, yes, I'm outspoken and critical
17  about that.
18  Q.  So you're outspoken and critical about the FLDS faith and
19  it's true that the property that you live in right now, 480
20  East North Juniper Street, Colorado City, Arizona, you have a      03:18:45
21  culinary water connection, true?
22  A.  480 North Juniper Street.
23  Q.  That's what I said.  I apologize if I --
24  A.  You said 480 East.
25  Q.  Sorry.  480 North Juniper Street, Colorado City, Arizona.      03:18:58
```

```
 1  That's where you reside, correct?
 2  A.  Yes.
 3  Q.  And you have resided there since 2007, true?
 4  A.  Yes.
 5  Q.  And you had a culinary water connection at that location,
 6  true?
 7  A.  Yes.
 8  Q.  And you've always had a culinary water connection at that
 9  location since you moved there in 2007, true?
10  A.  Yes.
11  Q.  It's true that you didn't build the house at 480 North
12  Juniper Street, Colorado City, Arizona.
13  A.  I built part of it, yes.
14  Q.  But there was already a structure on that property when
15  you moved in, true?
16  A.  Yes.  I helped build it.
17  Q.  Okay.
18          It's true that that was actually built by a man by
19  the name of Rulon Jessop.
20  A.  Yes.  I helped Rulon build that home.
21  Q.  It's true that Rulon Jessop actually petitioned the Trust
22  for that property, true?
23  A.  Yes.  His family was moved to a much larger home.
24  Q.  It's true that he petitioned the Trust for that property,
25  true?
```

03:19:05
03:19:18
03:19:31
03:19:39
03:19:54

1 And you actually retrofitted the basement so that
2 your grandparents could live there that were disabled, true?
3 A. No. My grandfather decided he wanted to move upstairs.
4 Q. Okay.
5 A. And that was one of the reasons the upstairs wouldn't
6 work for the Cookes because grandpa wanted that and he was
7 already established there.
8 Q. Okay.
9 And again, you offered the Cookes to live there,
10 correct?
11 A. Yes, I did.
12 Q. And they refused, true?
13 A. It wasn't suitable for them, it wasn't what they needed,
14 but yes, they said they would keep looking.
15 Q. And you have a water connection there, correct?
16 A. Yes, I do.
17 Q. You have a power connection?
18 A. Yes, I do.
19 Q. In fact, you applied for water on that property on January
20 18th, 2007 and you received it on January 23rd, 2007, true?
21 A. I applied for water? What are you talking about?
22 Q. You applied for water at that location on January 18, 2007
23 and received it within a week on January 23rd, 2007.
24 A. Oh. You -- yes. Yes.
25 Q. And you received it even though you were not FLDS, true?

1 A. Yes.
2 Q. You applied for garbage services on February 5th, 2007 and
3 you received them on February 15th, 2007 for that property,
4 true?
5 A. That sounds about right. That was the time frame when I
6 applied -- when I was given approval of that home, yes.
7 Q. Okay. Again, you received garbage services through the
8 utilities, correct, within ten days of applying for them?
9 A. I presume so. I didn't check the number of days.
10 Q. And you got that utility service even though you're not
11 FLDS, true?
12 A. Yes.
13 Q. On October 12, 2010 you actually wrote a letter to the
14 utilities asking for waiver because you had left water running
15 in a green house that you built from 11 -- from November 2009
16 to March 2010. True?
17 A. I was -- I didn't left water running. I was watering the
18 green house. So I was using water during the winter months
19 when they determined the sewer rates and so I asked them to
20 waive the extra charge they was charging me for my sewer.
21 Because it wasn't going down the sewer. I was watering
22 plants. I was raising tomatoes and vegetables and things
23 like that.
24 Q. And they waived that for you, correct?
25 A. No. They turned me down.

1  Q. They actually did turn the gas on for you, correct, on
2  January 31st, 2013?
3  A. If they did I don't know anything about it.
4  Q. So you don't know whether you have a gas connection at
5  your house or not?
6  A. I've got a gas connection but I didn't ask them to turn
7  it on. I called them up -- I was thinking -- my water heater
8  went out and I was thinking about transferring over to gas
9  because I thought it was cheaper but then when I found out
10 how much money it was going to cost I decided -- you know, to
11 put in all the safety features and stuff, I decided it's
12 still cheaper to go with electricity. So I didn't do
13 anything. I just asked them about it. If they turned
14 anything on I don't know anything about it.
15 Q. Okay. Let's just ask it this way, sir. It's true that at
16 the 480 North Juniper Street, Colorado City, Arizona property
17 every utility that you've requested you've received.
18 A. Yes.
19 Q. And you received that even though you're not FLDS.
20 A. Yes.
21 Q. Prior to living at the 480 North Juniper Street location
22 you lived at a location at 65 North Oak Street, correct?
23 A. Yes.
24 Q. In Colorado City, Arizona.
25 A. Yes.

```
 1  Q.  Okay.  And you had utilities at that property until 2008,
 2  true?
 3  A.  No.
 4  Q.  No?
 5  A.  I turned off my -- I guess I'm not supposed to answer       03:29:00
 6  that.  That's volunteering too much information.
 7  Q.  Let's talk about your utility service at that property,
 8  okay?
 9  A.  Okay.
10  Q.  You built that home in -- is it 1999 or early -- early      03:29:16
11  1990s.  I apologize.  Correct?
12  A.  Early 1990s is when I got started on it.
13  Q.  Okay.  Early 1990s you got started on that property, and
14  I believe you testified about that fact with Miss Kane, and
15  you said something to the effect of you that paid for          03:29:34
16  utilities for that property and that you were aware that
17  everyone paid for utilities when they filled out a building
18  permit, true?
19  A.  Yes.  You didn't get your building permit until you had
20  paid those fees.  The church wouldn't even let you do          03:29:47
21  anything.
22  Q.  Okay.  When you say the church, who did you pay your
23  utility fees to?
24  A.  Fred M. Jessop, bishop of the United Effort Plan Trust.
25  Q.  All right.
```

```
 1  Q.  From the building permit.
 2  A.  Yeah.
 3  Q.  Okay.
 4          So let's talk about the property that you petitioned
 5  for and received in the '90s and started building at 65 North          03:33:43
 6  Oak Street.  Okay?
 7  A.  Okay.
 8  Q.  You received utilities at that property, correct?
 9  A.  Yes.
10  Q.  And you had those utilities even after you were kicked out         03:33:55
11  of the FLDS church in January 2004, correct?
12  A.  Yes.
13  Q.  You always had all the utilities at that property as well
14  that you requested, correct?
15  A.  Yes, until I transferred them to the next place that I             03:34:10
16  moved.
17  Q.  Very good.
18          Now it's true that as the man on the ground for the
19  UEP that you have a lot of connections in the community, true?
20  A.  That would be true.                                                03:34:30
21  Q.  Okay.  And it's true at one point in time you took
22  Mr. Walker over to meet with Andrew Chatwin and Ron and Jinjer
23  Cooke.
24  A.  I remember going over to Andrew's and had Bill Walker
25  with me.                                                               03:34:48
```