Jeffrey C. Matura, State Bar No. 019893
Asha Sebastian, State Bar No. 028250
**Graif Barrett & Matura, P.C.**
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Telephone: (602) 792-5700
Facsimile: (602) 792-5710
jmatura@gbmlawpc.com
asebastian@gbmlawpc.com

Attorneys for Defendant Town of Colorado City, Arizona

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Town of Colorado City, Arizona; City of Hildale, Utah; Twin City Power; and Twin City Water Authority, Inc.,<br><br>Defendants. | Case No. CV-12-8123-PCT-HRH<br><br>**DEFENDANT TOWN OF COLORADO CITY'S:**<br><br>**CONTROVERTING STATEMENT OF FACTS TO THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT BASED ON COLLATERAL ESTOPPEL**<br><br>**AND**<br><br>**SEPARATE STATEMENT OF FACTS TO SUPPORT RESPONSE TO THE UNITED STATES' MOTION FOR PARTRIAL SUMMARY JUDGMENT** |

Pursuant to Local Rule 56.1(b), defendant Town of Colorado City, Arizona submits the following Controverting and Separate Statement of Facts to the Statement of Facts submitted by plaintiff United States [Doc. 542] and to support Colorado City's response to the United States' Motion for Partial Summary Judgment [Doc. 541].

## **CONTROVERTING STATEMENT OF FACTS**

1. Not disputed.

2. Objection. Colorado City moves to strike this paragraph because it contains more than one fact, and therefore violates Local Rule 56.1(a). Subject to this objection and motion, Colorado City does not dispute the facts in this paragraph.

3. Not disputed.

## SEPARATE STATEMENT OF FACTS

4. Judge Teilborg in the Cooke case granted the defendants' request for summary judgment on 42 U.S.C. § 3604(a). See Order, at pp. 20 – 23, Cooke, et al. v. Town of Colorado City, et al., No. 3:10-cv-08105 (D. Ariz. February 13, 2013), ECF No. 318.[1]

5. In the Cooke case, Judge Teilborg clarified in his order on the defendants' request for summary judgment on 42 U.S.C. § 3617 that "a reasonable jury could find that the Cookes were either delayed in getting or did not receive municipal services because they were not FLDS members." Id. at p. 31, line 28 to p. 32, line 2.

6. Judge Teilborg did not deny the United States' motion solely because it was not economical, as the United States offers, but rather because Judge Teilborg found that "there are substantial differences between the cases and, thus, transfer is not warranted under these circumstances." See Order, at p. 4, lines 14 – 15, Cooke, et al. v. Town of Colorado City, et al., No. 3:10-cv-08105 (D. Ariz. November 16, 2012), ECF No. 312.

7. Judge Teilborg further explained these differences as follows:

> Specifically, the facts needed to prove many of the alleged actions establishing a pattern of discrimination by the Colorado City/Hildale Marshal's Office and the Town of Colorado City, the City of Hildale, Twin City Water Authority, and Twin City Power in the United States case raise many new factual and legal issues that are not likely to be raised in the Cooke case.

Id. at p. 4, lines 16 – 20.

8. The State of Arizona's proposed judgment contained more than 400 paragraphs and covered a myriad of issues unrelated to the Cooke case. See Proposed

---

[1] Pursuant to Local Rule 7.1(d)(1), Colorado City does not attach copies of Judge Teilborg's orders or the parties' pleadings from the Cooke case.

2

Judgment, <u>Cooke, et al. v. Town of Colorado City, et al.</u>, No. 3:10-cv-08105 (D. Ariz. June 16, 2014), ECF No. 687-1.

9. Judge Teilborg rejected the State of Arizona's proposed judgment and issued his own judgment. <u>See</u> Judgment and Permanent Injunction, <u>Cooke, et al. v. Town of Colorado City, et al.</u>, No. 3:10-cv-08105 (D. Ariz. September 4, 2014), ECF No. 704.

10. Judge Teilborg amended that judgment on November 26, 2014. <u>See</u> Amended Judgment and Permanent Injunction, <u>Cooke, et al. v. Town of Colorado City, et al.</u>, No. 3:10-cv-08105 (D. Ariz. November 26, 2014), ECF No. 723.

11. Judge Teilborg also issued a final order with the original judgment. <u>See</u> Order, <u>Cooke, et al. v. Town of Colorado City, et al.</u>, No. 3:10-cv-08105 (D. Ariz. September 4, 2014), ECF No. 703.

12. With respect to 42 U.S.C. § 3617, Judge Teilborg adopted in the final order the jury's decision that the defendants coerced, intimidated, threatened, interfered with, or retaliated "against the Cookes" in their enjoyment of their dwelling. <u>Id.</u> at p. 3, lines 17 – 22.

Dated this 26th day of January 2015.

                              GRAIF BARRETT & MATURA, P.C.

                              By: /s/ Jeffrey C. Matura
                                  Jeffrey C. Matura
                                  Asha Sebastian
                                  1850 North Central Avenue, Suite 500
                                  Phoenix, Arizona 85004
                                  Attorneys for Defendant Town of Colorado City, Arizona

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

R. Tamar Hagler
Eric W. Treene
Sean R. Keveney
Jessica C. Crockett
Matthew J. Donnelly
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Attorneys for Plaintiff United States of America

R. Blake Hamilton
Ashley Gregson
Durham Jones & Pinegar
111 East Broadway, Suite 900
Salt Lake City, Utah 84111
Attorneys for Defendants City of Hildale, Utah,
Twin City Water Authority, and Twin City Power

/s/ Carolyn Harrington
4816-8086-1729