# EXHIBIT 3

```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ARIZONA
                        _____
```

**Ronald Cooke and Jinjer**       )
**Cooke, husband and wife,**      )
                                  )
        Plaintiffs,    )
                                  )
        vs.            )    **CV 10-8105-PCT-JAT**
                                  )
**Town of Colorado City,**        )    Phoenix, Arizona
**Arizona, et al.,**              )    January 29, 2014
                                  )
        Defendants.    )
                                  )

**RECORD ON APPEAL**

REPORTER'S TRANSCRIPT OF PROCEEDINGS

(**Jury Trial - Day 2**)
(**Pages 163 - 422, inclusive**)

    **BEFORE:** THE HONORABLE **JAMES A. TEILBORG**, SENIOR JUDGE

Official Court Reporter:

David C. German, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC-39
Phoenix, Arizona 85003-2151
(602) 322-7251

PROCEEDINGS TAKEN BY STENOGRAPHIC COURT REPORTER
TRANSCRIPT PREPARED BY COMPUTER-AIDED TRANSCRIPTION

**I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS | VD |
|---|---|---|---|---|---|
| ISAAC WYLER | | | | | |
| By Ms. Kane | 245 | | | | |
| By Mr. Hamilton | | 319 | | | |
| By Ms. Kane | | | 378 | | |
| RICHARD HOLM | | | | | |
| By Mr. Walker | 386 | | | | |

```
 1  can re-ask the question.
 2          MS. KANE:  Okay.
 3  BY MS. KANE:
 4  Q.  Mr. Wyler, are you familiar with an incident involving the
 5  police being called to a field that the Stubbs were farming?       01:52:47
 6  A.  Yes.
 7  Q.  What happened?
 8          First of all, how were you familiar?
 9  A.  I was familiar with it because I was there.
10  Q.  Okay.  And what happened?                                      01:53:01
11  A.  There was some FLDS men that were plowing down some
12  wheat that he had planted.  Shane and David Stubbs had an
13  occupancy, a lease agreement with the Trust to plant wheat
14  there.  They were plowing down their wheat.  They had called
15  the Colorado City Marshal's Office, who wouldn't do anything,      01:53:15
16  so we called the Mohave County Officers.  They came and tried
17  to get the guy to stop.  He wouldn't stop.  They chased him
18  down and arrested him.
19  Q.  So you had to call the out-of-the-area Sheriff's Office
20  for assistance?                                                    01:53:34
21  A.  Yes.
22  Q.  Have you had to do that on other occasions?
23  A.  Yes.
24  Q.  The defendants in this case contend that Warren Jeffs and
25  the FLDS do not control the police department, the police.  To    01:53:48
```

```
 1  when the -- we're showing the difference when the non-FLDS
 2  people are being victimized by FLDS people the police stand
 3  by and do nothing.
 4          THE COURT:  But isn't the -- but isn't the -- even
 5  if it were not that, the fact that any of the municipal                01:57:52
 6  services, police, fire, sewer, water, any of those folks are
 7  mistreating him, an apostate, that at least seems to be an
 8  inference that the FLDS has control over the entire
 9  municipality and its employees.  Right or wrong?
10          MR. HAMILTON:  Well, that may be what they're trying            01:58:24
11  to do is draw that inference that there is this control, the
12  FLDS has control over police, but the claims they have
13  remaining have to deal with the Fair Housing Act and
14  specifically the only claim they have to deal -- have dealing
15  with policing at all is whether the police have been                   01:58:37
16  intimidating or harassing individuals with respect to their
17  enjoyment of property.
18          THE COURT:  This the police failing to respond to
19  his request for police services.
20          MR. HAMILTON:  But they have not linked it up in any            01:58:55
21  way to the claims they have remaining.
22          THE COURT:  The objection will be overruled.
23          MR. HAMILTON:  Okay.
24          (End of discussion at sidebar.)
25          MS. KANE:  I'm not sure if he answered the question            01:59:17
```