IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> vs.<br><br>TOWN OF COLORADO CITY, ARIZONA;<br>*et al.*,<br>       Defendants. | No. 3:12-cv-8123-HRH<br>(Prescott Division) |

O R D E R

Case Status

  The court is in receipt of the parties' joint report concerning jury selection,[1] filed August 27, 2015.

  The jury for this case will be called from the northern counties of Arizona inasmuch as this case was filed as a Prescott case.

  The parties have agreed that the court will address juror requests to be excused due to the expected length of trial in this case without first consulting the parties.

  Defendants have suggested a three- or four-day trial week. Plaintiff does not oppose a four-day trial week. The court will make a decision on the trial week when it has some further information from the court clerk's office in Arizona.

  The parties agree that the court should employ a written juror questionnaire. The court is in the process of developing a calendar for the issuance of jury summons and the

---

  [1]Docket No. 641.

Order – Case Status                       - 1 -

mailing and return of a questionnaire.  Based upon information from the jury clerk, the court will provide the parties with a deadline for submitting the proposed questionnaire for approval by the court.

DATED at Anchorage, Alaska, this  2nd  day of September, 2015.

/s/ H. Russel Holland
United States District Judge

Order – Case Status                                                                                                          - 2 -