Jeffrey C. Matura, State Bar No. 019893
Melissa J. England, State Bar No. 022783
Asha Sebastian, State Bar No. 028250
**Graif Barrett & Matura, P.C.**
1850 North Central Avenue, Suite 500
Phoenix, Arizona  85004
Telephone:  (602) 792-5700
Facsimile:  (602) 792-5710
jmatura@gbmlawpc.com
mengland@gbmlawpc.com
asebastian@gbmlawpc.com

Attorneys for Defendant Town of Colorado City, Arizona

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | Case No. CV-12-8123-PCT-HRH |
| Plaintiff, | **DEFENDANT TOWN OF COLORADO CITY'S MOTION IN LIMINE NO. 9:** |
| v. | |
| Town of Colorado City, Arizona; City of Hildale, Utah; Twin City Power; and Twin City Water Authority, Inc., | **TO PRECLUDE ALL EVIDENCE REGARDING WARREN JEFFS' DICTATIONS, SERMONS, AND CORRESPONDENCE** |
| Defendants. | |
| | **(Oral Argument Requested)** |

Pursuant to Federal Evidence Rules 403 and 802, Colorado City moves to preclude the United States from referring to, or attempting to enter any evidence regarding, Warren Jeffs' alleged dictations, sermons, and correspondence because they are irrelevant, any probative value is substantially outweighed by the danger of unfair prejudice, and are inadmissible hearsay.

**I.   FACTUAL BACKGROUND.**

Warren Jeffs is a polarizing figure.  To some, he is or was the prophet of the FLDS Church.  To others, he is the symbol of a Church gone awry.  CNN, NBC, ABC, and just

about every other national news organization has covered Warren Jeffs since his arrest in 2006, conviction in 2011, and confinement ever since.

The United States alleges that members of the Marshal's Department and employees of Colorado City and Hildale place their allegiance with the FLDS Church and Warren Jeffs, rather than with their official duties. The United States will therefore use the name "Warren Jeffs" extensively throughout the trial, but the United States has also disclosed hundreds of thousands of pages of alleged dictations, sermons, and correspondence from Warren Jeffs. None of these documents have any relation to the United States' claims and could only be used to sensationalize the trial. They are also all inadmissible hearsay. This Court should therefore preclude the United States from introducing any evidence about them.

**II. WARREN JEFFS' DICTATIONS, SERMONS, AND CORRESPONDENCE ARE IRRELEVANT, UNDULY PREJUDICIAL, AND INADMISSIBLE HEARSAY.**

Under Federal Evidence Rule 401, "relevant evidence" is evidence that has "any tendency to make a fact more or less probable than it would be without the evidence; and the fact is of consequence in determining the action." Irrelevant evidence is inadmissible, as is relevant evidence if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury.[1]

The United States has disclosed numerous dictations, sermons, and correspondence allegedly from Warren Jeffs. None of them reference any fact at issue in this case; rather, they are about religious doctrines and principles. These documents are therefore irrelevant. But even if relevant, they can only serve to sensationalize this trial and focus the jury's attention on Warren Jeffs (who is not a party) and the religious doctrines of the FLDS Church (which is not a party), rather than whether discrimination occurred with respect to specific instances of conduct at issue in this case. These documents will therefore confuse the issues and mislead the jury.

---

[1] See Fed. R. Evid. 402, 403.

The documents are also inadmissible hearsay under Federal Evidence Rule 802. The United States did not depose Warren Jeffs or anyone from the FLDS Church who can lay the foundation for these documents or confirm their authenticity. Warren Jeffs' location is not a secret, but the United States chose not to depose him. They also chose not to issue a Rule 30(b)(6) deposition notice for a representative from the FLDS Church. Without a witness to clear the various evidentiary hurdles to use these documents, they remain inadmissible hearsay.

### III.   CONCLUSION.

This case is not about Warren Jeffs' dictations, sermons, or correspondence. They are also classic hearsay. Pursuant to Federal Evidence Rules 402, 403, and 802, Colorado City therefore requests that this Court preclude the United States from making any reference to, or trying to use any evidence of, these documents.

Dated on this 18th day of September 2015.

GRAIF BARRETT & MATURA, P.C.

By:   /s/ Jeffrey C. Matura
      Jeffrey C. Matura
      Melissa J. England
      Asha Sebastian
      1850 North Central Avenue, Suite 500
      Phoenix, Arizona 85004
      Attorneys for Defendant Town of Colorado City, Arizona

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

R. Tamar Hagler
Eric W. Treene
Sean R. Keveney
Jessica C. Crockett
Matthew J. Donnelly
Emily M. Savner
Sharon I. Brett
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Attorneys for Plaintiff United State of America

R. Blake Hamilton
Ashley M. Gregson
Durham Jones & Pinegar
111 East Broadway, Suite 900
Salt Lake City, Utah 84111
Attorneys for Defendants City of Hildale, Utah,
Twin City Water Authority, and Twin City Power


/s/ Carolyn Harrington
4818-3780-4072

4