IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TOWN OF COLORADO CITY, ARIZONA;<br>*et al.,*<br><br>Defendants. | No. 3:12-cv-8123-HRH<br>(Prescott Division) |

O R D E R

United States Motion in Limine; Co-conspirator
Statements and Fifth Amendment Adverse Inference

The United States moves in limine for an order finding that FLDS church leaders' statements constitute co-conspirator statements of defendants and are not hearsay, Fed. R. Evid. 801(d)(2)(E), and that FLDS leaders' invocations of the Fifth Amendment allow for an adverse inference against the defendants.[1]  The motion is opposed.  Oral argument is requested but is not deemed necessary.

A motion in limine may be employed to obtain a ruling on the admissibility of evidence, as well as a ruling excluding proffered evidence.  Such motion practice plainly facilitates trial.

---

[1]Docket No. 672.

Order – United States Motion in Limine; Co-conspirator
Statements and Fifth Amendment Adverse Inference                                                      - 1 -

For purposes of the Federal Rules of Evidence, a party does not have to plead a conspiracy or joint venture. Pleading such claims is not relevant to Rule 801(d)(2)(E) analysis.  The evidentiary co-conspirator rule rests upon agency law, and merely requires evidence of a joint venture or concerted action or common purpose.  See authorities set out in the United States' motion.[2]

Although a final decision on this point must await trial evidence, prior proceedings in this case cause the court to believe that the United States will succeed in producing evidence of a joint venture or concert of action as between the FLDS Church and the defendants.  Subject to the United States proving up its concerted action contention, the court is prepared to rule that out-of-court statements of FLDS leaders in furtherance of concerted action between the FLDS Church and defendants is not hearsay and is admissible.  Fed. R. Evid. 801(d)(2)(E) and 402.

If the United States proves up its concerted action contention, it will also be entitled to an adverse inference against the defendants based upon FLDS leaders' Fifth Amendment invocations.  See United States' authorities.[3]  Given what the court has learned thus far about this case, and assuming that the United States proves up its concerted action contention, the court anticipates concluding that an adverse inference will be trustworthy and relevant to the United States' contention that the FLDS Church has in substance taken control of the defendants in violation of the Establishment Clause of the First Amendment to the United States Constitution.

---

[2] United States' Motion in Limine to Admit FLDS Church Leaders' Co-conspirator Statements and for Fifth Amendment Adverse Inference at 2-4, Docket No. 672.

[3] Id. at 9-10; in particular, see LiButti v. United States, 107 F.3d 110, 123-24 (2d Cir. 1997).

A ruling on the instant motion is held in abeyance and will be taken up at the appropriate time during trial.

DATED at Anchorage, Alaska, this  27th  day of October, 2015.

/s/ H. Russel Holland
United States District Judge