IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>    vs.<br><br>TOWN OF COLORADO CITY, ARIZONA;<br>*et al.,*<br><br>                            Defendants. | No. 3:12-cv-8123-HRH<br>(Prescott Division) |

O R D E R

Town of Colorado City Motion in Limine
No. 9; Warren Jeffs' Dictations, Etc.

Colorado City moves in limine pursuant to Rules 403 and 802, Federal Rules of Evidence, for an order precluding the United States from referring to or offering evidence concerning Warren Jeffs' dictations, sermons, and correspondence because they are in defendant's view irrelevant and unfairly prejudicial.[1] The City of Hildale and Twin City Water Authority have joined in the motion.[2] The motion is opposed. Oral argument has been requested, but is not deemed necessary.

Dictations or other statements established to have been those of Warren Jeffs which tend to show interactions between Jeffs and the cities is relevant and not unfairly prejudicial.

---

[1]Docket No. 652.

[2]Docket No. 671.

Assuming the United States establishes the evidentiary predicate of a joint venture or concerted action between defendants and the FLDS Church, the dictations or other pronouncement of Jeffs which are relevant to the issues in this case become admissible and non-hearsay for purposes of Rule 801(d)(2)(E), Federal Rules of Evidence.  See the court's ruling on the United States motion in limine to allow evidence of the statements of joint venturers or those engaged in a concerted action.[3]

Final ruling on this motion in limine is deferred pending a determination that the FLDS leaders and cities were engaged in a joint venture or concerted action.

DATED at Anchorage, Alaska, this  27th  day of October, 2015.


/s/ H. Russel Holland
United States District Judge

---

[3]Docket No. 672.