IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
UNITED STATES OF AMERICA,           )
                                    )
                   Plaintiff,       )
                                    )
     vs.                            )
                                    )
TOWN OF COLORADO CITY, ARIZONA;     )
et al.,                             )     No. 3:12-cv-8123-HRH
                                    )     (Prescott Division)
                   Defendants.      )
_____)
```

O R D E R

Town of Colorado City Motion in Limine
No. 6; Evidence of Legislative Bills

Colorado City moves in limine pursuant to Rule 403, Federal Rules of Evidence, for an order precluding the United States from introducing any evidence regarding legislation that the Arizona and Utah Legislatures have proposed with respect to the Colorado City marshal's department ("CCMO").[1] The City of Hildale and Twin City Water Authority have joined in the motion.[2] The motion is unopposed by the United States, which advises that it does not intend to introduce evidence of proposed legislative action as a part of its case in chief.[3]

---

[1] Docket No. 655.

[2] Docket No. 671.

[3] Docket No. 677.

Order – Town of Colorado City Motion
in Limine No. 6; Evidence of Legislative Bills — - 1 -

The motion <u>in limine</u> is granted for purposes of the United States' case in chief and the liability side of the trial of this case. Evidence of proposed legislative action may or may not be relevant to the remedy phase of this case.

DATED at Anchorage, Alaska, this  <u>27th</u>  day of October, 2015.

/s/ H. Russel Holland
United States District Judge
