Steven H. Rosenbaum (NY Bar #1901958)
Judy Preston (MD Bar)
R. Tamar Hagler (CA Bar #189441)
Christy E. Lopez (DC Bar #473612)
Eric W. Treene (NY Bar #2568343)
Sean R. Keveney (TX Bar #24033862)
Jessica Clarke (NY Bar #4694972)
Matthew J. Donnelly (IL Bar #6281308)
Emily M. Savner (NY Bar #5214358)
Sharon I. Brett (NY Bar #5090279)
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530
Phone:        (202) 514-4838
Facsimile:    (202) 514-1116
E-mail:  sean.r.keveney@usdoj.gov

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, <br><br> Plaintiff; <br><br> v. <br><br> Town of Colorado City, Arizona, *et al.*, <br><br> Defendants. | No. 3:12cv8123-HRH <br><br> **JOINT STATEMENT OF UNCONTESTED FACTS** |

1. The Town of Colorado City is a town organized under the laws of the State of Arizona. Colorado City was incorporated in 1985.

2. Hildale is a city organized under the laws of the State of Utah.

3. Colorado City and Hildale have a joint police department, known as the Colorado City/Hildale Marshal's Office ("CCMO"). The CCMO employs a Chief Marshal, a Sergeant, and five deputy officers.

4. Employees of the CCMO are considered employees of the Town of Colorado City.

1

5. The Chief Marshal for Colorado City is also considered the Chief of Police for Hildale.
6. Twin City Water Authority, Inc. ("TCWA") was a non-profit corporation organized in 1996 under the laws of the State of Utah. TCWA was created through an intergovernmental agreement between Colorado City and Hildale.
7. Colorado City and Hildale also have intergovernmental agreements between each other to administer and provide water, sewer, and gas utilities to residents who live within Colorado City and Hildale.
8. Colorado City and Hildale also have a joint utility board ("the Utility Board"), which functioned as the water board of TCWA on water issues.
9. The Utility Board made policy recommendations to, and followed utility-related resolutions and ordinances adopted by, Colorado City and Hildale.
10. TCWA, through its water board, made policy recommendations to, and followed water-related resolutions and ordinances adopted by, Colorado City and Hildale.
11. Colorado City and Hildale purchase culinary (drinking) water from Twin City Water Works, a private, not-for-profit Utah company.
12. The United Effort Plan Trust is a trust organized under the laws of the State of Utah.
13. The United Effort Plan Trust owns real property within Colorado City and Hildale.
14. The United Effort Plan Trust was created by the Fundamentalist Church of Jesus Christ of Latter Day Saints ("FLDS") as a religious trust to hold, manage, and distribute to its members real property and other religious consecrations received from members of the FLDS Church.
15. In 2005, and on the request of the State of Utah, a Utah State Probate Court took control of the United Effort Plan Trust away from the FLDS Church and appointed Bruce Wisan, an accountant from Salt Lake City, as the new, court-appointed trustee / Special Fiduciary to oversee the United Effort Plan Trust.

16. Bruce Wisan served as the Special Fiduciary for the United Effort Plan Trust until 2015, at which time he began to transition management and control over the Trust to a Board of Trustees.
17. Hildale is governed by a City Council, which consists of a Mayor and five council members. The City Council makes decisions regarding issues involving Hildale and its residents.
18. Colorado City is governed by a Town Council, which consists of a Mayor, a Vice Mayor, and five council members. The Town Council makes decisions regarding issues involving Colorado City and its residents.
19. The Colorado City Town Council also has the authority to hire new police officers to work for the CCMO. The Chief Marshal has the authority to terminate a police officer, but that officer may file a grievance appeal, which is then heard by the Colorado City Town Council.
20. The Chief Marshal also has the authority to discipline a police officer. If discipline occurs, Colorado City's policies and procedures apply, which give the disciplined officer the option to appeal any such discipline to the Colorado City Town Council.
21. The Colorado City Town Council also adopts a yearly budget, which includes compensation for the police officers.
22. Arizona POST, which stands for "Peace Officers Standards and Training," is a State agency that certifies every police officer who works in Arizona. Utah POST is a State agency that certifies every police officer who works in Utah.
23. Because the police officers who work for the CCMO provide police services in both Arizona and Utah, every officer with the CCMO is dual certified by Arizona and Utah POST.

3

Respectfully submitted this 2nd day of November 2015,

**FOR THE UNITED STATES:**

    R. TAMAR HAGLER
    CHRISTY E. LOPEZ
    Deputy Chiefs

    ERIC W. TREENE
    Special Counsel

     /s/ *Sean R. Keveney*
    SEAN R. KEVENEY
    JESSICA C. CROCKETT
    MATTHEW J. DONNELLY
    EMILY M. SAVNER
    SHARON I. BRETT
    United States Department of Justice
    Civil Rights Division
    950 Pennsylvania Avenue, NW
    Washington, DC  20530
    Phone: (202) 514-4838
    Facsimile: (202) 514-1116
    E-mail:  sean.keveney@usdoj.gov

**FOR THE HILDALE DEFENDANTS**:

     /s/ *R. Blake Hamilton* (*by permission*)
    R. Blake Hamilton
    Ashley M. Gregson
    DURHAM JONES & PINEGAR
    111 E. Broadway, Suite 900
    Salt Lake City, Utah 84110
    Phone:  (801) 415-3000
    Facsimile:  (801) 415-3500
    Email:  bhamilton@djplaw.com

**FOR DEFENDANT TOWN OF COLORADO CITY:**

     /s/ *Jeffrey C. Matura* (*by permission*)
    Jeffrey C. Matura
    Melissa J. England
    Asha Sebastian
    GRAIF BARRETT & MATURA, P.C.
    1850 North Central Avenue, Suite 500
    Phoenix, Arizona 85004

1
2

Phone: (602) 792-5700
Facsimile: (602) 792-5710
Email: jmatura@gbmlawpc.com

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

| | |
|---|---|
| 1 | Steven H. Rosenbaum (NY Bar #1901958) |
| | Judy Preston (MD Bar) |
| 2 | R. Tamar Hagler (CA Bar #189441) |
| | Christy E. Lopez (DC Bar #473612) |
| 3 | Eric W. Treene (NY Bar #2568343) |
| 4 | Sean R. Keveney (TX Bar #24033862) |
| | Jessica Clarke (NY Bar #4694972) |
| 5 | Matthew J. Donnelly (IL Bar #6281308) |
| | Emily M. Savner (NY Bar #5214358) |
| 6 | Sharon I. Brett (NY Bar #5090279) |
| 7 | United States Department of Justice |
| | 950 Pennsylvania Avenue, NW |
| 8 | Washington, DC  20530 |
| 9 | Phone:        (202) 514-4838 |
| | Facsimile:    (202) 514-1116 |
| 10 | E-mail: sean.r.keveney@usdoj.gov |
| 11 | Attorneys for the United States |

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,          Plaintiff;    v.  Town of Colorado City, Arizona, *et al.*,          Defendants. | No. 3:12cv8123-HRH  **JOINT STATEMENT OF UNCONTESTED FACTS** |

**CERTIFICATE OF SERVICE**

I certify that on November 2, 2015, I caused a copy of the foregoing to be sent by the Court's ECF system to the following:

Jeffrey C. Matura
Melissa J. England
Asha Sebastian
GRAIF BARRETT & MATURA, P.C.
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
*Attorneys for Defendant Town of Colorado City*

6

R. Blake Hamilton
Ashley M. Gregson
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
Salt Lake City, Utah 84111
*Attorneys for Defendants City of Hildale and Twin City Water Authority*

                        */s/ Sean R. Keveney*
                        SEAN R. KEVENEY
                        Attorney for the United States

11