IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

<u>UNITED STATES OF AMERICA</u>   v.   <u>TOWN OF COLORADO CITY, et al.</u>

JUDGE H. RUSSEL HOLLAND   CASE NO.  <u>3:12-cv-8123-HRH</u>
                                                                                (Prescott Division)

PROCEEDINGS:   ORDER FROM CHAMBERS

Plaintiff moves for leave to effect alternative service of a trial subpoena on Joseph Allred.[1]  Defendants' response, if any, shall be served and filed on or before noon (Mountain Standard Time) on Wednesday, December 2, 2015.

---

[1]Docket No. 782.