FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 0 7 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Town of Colorado City, et al.,<br><br>    Defendants. | CV-12-08123-PCT-HRH<br><br><br>VERDICT<br>**(REDACTED)** |

# VERDICT FORM 1

*(Use only if you find that the Colorado City and Hildale City Marshal's Office **did** engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the <u>First Amendment</u> of the United States Constitution.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance of the evidence that the Colorado City and Hildale City Marshal's Office did engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the Establishment Clause of the First Amendment of the United States Constitution.

\_\_\_\_#7_____  \_\_\_3/7/16_____
Foreperson                                  Date

# VERDICT FORM 2

*(Use only if you find that the Colorado City and Hildale City Marshal's Office <u>did not</u> engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the <u>First Amendment</u> of the United States Constitution.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance of the evidence that the Colorado City and Hildale City Marshal's Office did not engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the Establishment Clause of the First Amendment of the United States Constitution.

_____  _____
Foreperson                       Date

# VERDICT FORM 3

*(Use only if you find that the Colorado City and Hildale City Marshal's Office **did** engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the <u>Fourth Amendment</u> of the United States Constitution.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance of the evidence that the Colorado City and Hildale City Marshal's Office did engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the Fourth Amendment of the United States Constitution in the following respects (check only those that apply):

| | |
|---|---|
| _____ | Unreasonable search of property |
| __X__ | Unreasonable seizure of property |
| __X__ | Unreasonable seizure of a person |
| __X__ | Arrest made without probable cause |
| _____ | Unreasonable investigatory stop |
| _____ | Use of excessive force in making a lawful arrest or other seizure or detention |

__#7__
Foreperson

__3/7/16__
Date

United States v. Town of Colorado City     Case No. 3:12-cv-8123     - 3 -

# VERDICT FORM 4

*(Use only if you find that the Colorado City and Hildale City Marshal's Office **did not** engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the <u>Fourth Amendment</u> of the United States Constitution.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance of the evidence that the Colorado City and Hildale City Marshal's Office did not engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the Fourth Amendment of the United States Constitution.

_____     _____
Foreperson                    Date

# VERDICT FORM 5

*(Use only if you find that the Colorado City and Hildale City Marshal's Office **did** engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the <u>Fourteenth Amendment</u> of the United States Constitution.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance of the evidence that the Colorado City and Hildale City Marshal's Office did engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution.

\_\_\_\_#7\_\_\_\_ \_\_\_\_3/7/16\_\_\_\_
Foreperson  Date

# VERDICT FORM 6

*(Use only if you find that the Colorado City and Hildale City Marshal's Office <u>did not</u> engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the <u>Fourteenth Amendment</u> of the United States Constitution.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance of the evidence that the Colorado City and Hildale City Marshal's Office did not engage in a pattern or practice of unconstitutional policing under 42 U.S.C. § 14141 that violated the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution.

_____  _____
Foreperson                    Date

# VERDICT FORM 7

*(Use only if you find **for** the United States and **against** Colorado City regarding the federal Fair Housing Act.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance of the evidence that the Town of Colorado City, Arizona, engaged in a pattern or practice of conduct that violated the federal Fair Housing Act by (check only those that apply):

__X__ making housing unavailable or denying housing opportunities to individuals because of religion.

__X__ discriminating against non-FLDS individuals in the terms, conditions, or privileges of the sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of religion.

__X__ coercing, intimidating, threatening, or interfering with an individual in the exercise or enjoyment of the right to equal housing opportunities or the right to equal treatment in the terms, conditions, privileges, and services in connection with housing, or on account of that individual having aided or encouraged any other person in the exercise or enjoyment of those rights.

____#7____       ____3/7/16____
Foreperson      Date

United States v. Town of Colorado City     Case No. 3:12-cv-8123     -7-

# VERDICT FORM 8

*(Use only if you find **against** the United States and **for** Colorado City regarding the federal Fair Housing Act.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance of the evidence that the Town of Colorado City, Arizona, did not engage in a pattern or practice of conduct that violated the federal Fair Housing Act.

_____          _____
Foreperson                                              Date

# VERDICT FORM 9

*(Use only if you find **for** the United States and **against** Hildale City regarding the federal Fair Housing Act.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance of the evidence that Hildale City, Utah, engaged in a pattern or practice of conduct that violated the federal Fair Housing Act by (check only those that apply):

__X__ making housing unavailable or denying housing opportunities to individuals because of religion.

__X__ discriminating against non-FLDS individuals in the terms, conditions, or privileges of the sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of religion.

__X__ coercing, intimidating, threatening, or interfering with an individual in the exercise or enjoyment of the right to equal housing opportunities or the right to equal treatment in the terms, conditions, privileges, and services in connection with housing, or on account of that individual having aided or encouraged any other person in the exercise or enjoyment of those rights.

__#7__
Foreperson

__3/7/16__
Date

United States v. Town of Colorado City          Case No. 3:12-cv-8123          - 9 -

# VERDICT FORM 10

*(Use only if you find <u>against</u> the United States and <u>for</u> Hildale City regarding the federal Fair Housing Act.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance of the evidence that Hildale City, Utah, did not engage in a pattern or practice of conduct that violated the federal Fair Housing Act.

_____          _____
Foreperson                                                        Date

# VERDICT FORM 11

*(Use only if you find __for__ the United States and __against__ Twin City Water Authority regarding the federal Fair Housing Act.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance of the evidence that Twin City Water Authority engaged in a pattern or practice of conduct that violated the federal Fair Housing Act by (check only those that apply):

    __X__    making housing unavailable or denying housing opportunities to individuals because of religion.

    __X__    discriminating against non-FLDS individuals in the terms, conditions, or privileges of the sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of religion.

    __X__    coercing, intimidating, threatening, or interfering with an individual in the exercise or enjoyment of the right to equal housing opportunities or the right to equal treatment in the terms, conditions, privileges, and services in connection with housing, or on account of that individual having aided or encouraged any other person in the exercise or enjoyment of those rights.

_____#7_____      _____3/7/16_____
Foreperson                                    Date

# VERDICT FORM 12

*(Use only if you find **against** the United States and **for** Twin City Water Authority regarding the Federal Fair Housing Act.)*

We, the Jury, duly empaneled and sworn upon our oath, find by a preponderance the evidence that Twin City Water Authority did not engage in a pattern or practice conduct that violated the federal Fair Housing Act.

_____          _____
Foreperson                                                Date

# VERDICT FORM 13

*(Use only if you find __for__ the United States and __against__ Colorado City, Hildale City, and/or Twin City Water Authority regarding the Federal Fair Housing Act.)*

We, the Jury, duly empaneled and sworn upon our oath, award the following damages for emotional distress, humiliation, and embarrassment to the following aggrieved persons due to Colorado City's, Hildale City's, and/or Twin City Water Authority's pattern or practice of conduct that violated the federal Fair Housing Act.

Patrick Barlow        $ 100,000

    The following defendants are responsible for these total damages to Patrick Barlow (check only those that apply):

      __X__    Colorado City

      __X__    Twin City Water Authority


John Cook        $ 1,000,000

    The following defendants are responsible for these total damages to John Cook (check only those that apply):

      __X__    Hildale City

      __X__    Twin City Water Authority

Richard Holm $ 100,000

The following defendants are responsible for these total damages to Richard Holm (check only those that apply):

    X     Colorado City and Hildale City

Christopher Jessop $ 1,000,000

The following defendants are responsible for these total damages to Christopher Jessop (check only those that apply):

    X     Colorado City and Hildale City

Elizabeth Wayman $ 10,000

The following defendants are responsible for these total damages to Elizabeth Wayman (check only those that apply):

    X     Colorado City and Hildale City

Jerrod Williams $ 5,000

The following defendants are responsible for these total damages to Jerrod Williams (check only those that apply):

    X     Colorado City and Hildale City

_#7_            _3/7/16_
Foreperson            Date