R. BLAKE HAMILTON, Utah Bar No. 11395
ASHLEY M. GREGSON, Utah Bar No. 13716
**DURHAM JONES & PINEGAR**
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

Attorneys for Defendants City of Hildale, Utah, Twin City Power and Twin City Water Authority, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Town of Colorado City, Arizona; City of Hildale, Utah; and Twin City Water Authority, Inc.,<br><br>  Defendants. | Case No. 3:12-CV-8123-HRH<br><br>**JOINT NOTICE OF APPEAL** |

Notice is hereby given that Colorado City, Hildale City, and Twin City Water Authority, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment and Decree regarding Permanent Injunction [Doc. 1053], entered April 18, 2017,[1] along with such other intermediate orders and rulings of the District Court as Defendants deem appropriate for appeal.

Pursuant to Ninth Circuit Rule 3-2, Defendants have filed concurrently herewith a Representation Statement.

---

[1] Defendants obtained a 30-day extension to file their Notice of Appeal pursuant to Fed. R. App. P. 4(a)(5)(A)(ii). June 20, 2017 Order, Doc. 1063.

SUBMITTED this 19th day of July, 2017.

**DURHAM JONES & PINEGAR**

By /s/ R. Blake Hamilton
R. Blake Hamilton
Attorneys for Defendants City of Hildale, Utah and Twin City Water Authority, Inc.

**GRAIF BARRETT & MATURA**

By /s/ Jeffrey C. Matura
Jeffrey C. Matura
Attorneys for Defendant Colorado City

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Steven H. Rosenbaum
Sameena Shina Majeed
R. Tamar Hagler
Christy E. Lopez
Eric W. Treene
Sean R. Keveney
Matthew J. Donnelly
Emily M. Savner
Sharon I. Brett
Katie Towt
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Attorneys for Plaintiff United State of America

Jeffrey C. Matura
Melissa England
Graif Barrett & Matura, P.C.
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Attorneys for Defendant Town of Colorado City, Arizona

                                        /s/  Melani Thatcher

SLC_3386681