IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  vs.<br><br>TOWN OF COLORADO CITY, ARIZONA,<br>*et al.,*<br><br>                     Defendants. | No. 3:12-cv-8123-HRH<br>(Prescott Division) |

O R D E R

Case Status

      The court's *Judgment and Decree Granting Injunctive Relief* in this case[1] (herein the "Decree") made provision for the appointment of a Monitor having broadly stated duties regarding review of the Defendant Cities' compliance with the Decree.[2]  By further order of August 4, 2017,[3] the court approved the parties' selection of a Monitor. The court's Decree[4] required quarterly reports for the first two years following the Monitor's appointment.  The order appointing the Monitor added a request that the Monitor provide the court with a copy of his first 90-day report.  The court suggested that the report might be filed under seal at the request of a party.

---

    [1]Docket No. 1053.

    [2]Id., ¶ V.C(29), et seq.

    [3]Docket No. 1093.

    [4]Docket No. 1053, ¶ 39.

The Monitor's first quarterly report has been received by the clerk of court and the judge. The report has not been filed as yet, and a question has arisen concerning how the clerk should deal with the Monitor's report.

For the time being, the Monitor's first quarterly report shall be held by the clerk in his "paper" file. Because there has been no request for the report to be filed under seal, it is the court's intention to generate and cause to be entered a notice of the submission of the Monitor's first quarterly report, and this notice will be entered on the docket with a copy of the Monitor's report attached. On or before January 15, 2018, either party may request that the report be entered on the docket under seal.

Continuing for the first two years of the Monitor's appointment, and unless the court subsequently orders otherwise, the Monitor will please provide the court with a copy of his quarterly reports, and the quarterly reports will be made a part of the record in the same manner. That is, the Monitor will deliver his quarterly reports to the parties with a copy to the court. Within the two weeks following the report, either party may request that the report be entered under seal. Two weeks after submission of a report, the court will enter a notice of the report on the docket with a copy of the report (sealed or not sealed) attached.

As of November 1, 2017, the Monitor has provided the court with a comprehensive report regarding compliance with the Decree. The Monitor reports that "[o]verall, the Cities have made good effort to come into compliance with Order requirements."[5] There is, however, an area of concern.

With respect to mandatory education and training, the Monitor reports that some training required by the Decree has not been accomplished "because the Marshall's

---

[5]Monitor's Report at 11.

Order – Case Status — - 2 -

Office policies have not been completed."[6]  With respect to policy development, the Police Consultant has reported to the Monitor that "policy development is occurring."[7] The subject of policy development is addressed in paragraphs V.B(3)(a), V.B(3)(c), and V.B(3)(d).

The Defendant Cities' Police Consultant will please provide the court with a status report with respect to compliance with paragraph V.B(3) of the court's Order on or before January 15, 2018.

DATED at Anchorage, Alaska, this  30th  day of  November, 2017.

/s/ H. Russel Holland
United States District Judge

---

[6]Monitor's Report at 8.

[7]Monitor's Report at 9.