Steven H. Rosenbaum (NY Bar #1901958)
Sameena Shina Majeed (DC Bar # 491725)
R. Tamar Hagler (CA Bar #189441)
Paul Killebrew (LA Bar #32176)
Matthew J. Donnelly (IL Bar #6281308)
Emily M. Savner (NY Bar #5214358)
Katharine F. Towt (MA Bar #690461)
F. Nicole Porter (DC Bar #465742)
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Phone: (202) 353-4081
Facsimile: (202) 353-8154
E-mail: emily.savner@usdoj.gov

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States,<br><br>    Plaintiff;<br><br>    v.<br><br>Town of Colorado City, Arizona, *et al.*,<br><br>    Defendants. | No. 3:12cv8123-HRH<br><br>**UNITED STATES' NOTICE OF ATTORNEY WITHDRAWL** |

PLEASE TAKE NOTICE that the following attorneys have left the employment of the United States Department of Justice or are no longer representing the United States in this case: Christy E. Lopez; Eric W. Treene; Lori K. Wagner; Sean R. Keveney; Jessica Clarke; Anika Gzifa; and Sharon I. Brett. The United States accordingly requests that they be removed as counsel and from the list of electronic service.

1

The United States remains represented by the following counsel, who should continue to receive all copies of pleadings, orders, notices, and other papers:  R. Tamar Hagler; Matthew J. Donnelly; Emily M. Savner; Katharine F. Towt; and F. Nicole Porter.

Respectfully submitted,

*s/ Matthew J. Donnelly*
MATTHEW J. DONNELLY
EMILY M. SAVNER
KATHARINE F. TOWT
F. NICOLE PORTER
Attorneys
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC  20530
Phone: (202) 353-4081
Facsimile: (202) 353-8154
E-mail: matthew.donnelly@usdoj.gov

Dated:  December 5, 2017

**CERTIFICATE OF SERVICE**

I certify that on December 5, 2017, I caused a copy of the foregoing *Notice* to be sent via the Court's ECF filing system to the following:

Jeffrey C. Matura
Melissa J. England
Graif Barrett & Matura, P.C.
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
*Attorneys for Defendant Town of Colorado City*

R. Blake Hamilton
Ashley M. Gregson
Durham Jones & Pinegar
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
*Attorneys for Defendants City of Hildale, and Twin City Water Authority*

        *s/ Matthew J. Donnelly*
MATTHEW J. DONNELLY
Attorney for the United States