IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

<u>UNITED STATES OF AMERICA</u>     v.     <u>TOWN OF COLORADO CITY, et al.</u>

JUDGE H. RUSSEL HOLLAND            CASE NO.   <u>3:12-cv-8123-HRH</u>
                                              (Prescott Division)

PROCEEDINGS:   ORDER FROM CHAMBERS

     No party has requested that the Monitor's first report of November 1, 2017, be sealed.[1]

     Therefore, with this minute order, the clerk shall docket and file Monitor Roger Carter's November 1, 2017, report, which is currently held in the clerk's paper file.

cc:   Roger Carter; 111 North 100 East; Washington City, UT 84780

---

[1]<u>See</u> Case Status Order at 2 (Dec. 1, 2017), Docket No. 1139.