IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA     v.     TOWN OF COLORADO CITY, et al.

JUDGE H. RUSSEL HOLLAND     CASE NO.   3:12-cv-8123-HRH
                                           (Prescott Division)

PROCEEDINGS:   ORDER FROM CHAMBERS

    Donald James Keith, the appointed police consultant, has completed and is prepared to submit his report.

    Counsel will be afforded an opportunity to review and recommend whether there is any necessity for the consultant's report to be sealed. Accordingly, the police consultant will please deliver his report (by email or USPS[1]) directly to Sandra Fredlund of the United States District Court in Phoenix

    Upon receipt, the clerk will please retain the report in his "paper" file and will email a copy of the report directly to chambers and to counsel. On or before February 14, 2018, counsel will please file a notice indicating whether there is any necessity for the report to be filed under seal. The court will then direct the clerk to file the report, either as a "public" entry or under seal.

cc:     Donald James Keith
        1926 South Summerfield Lane
        Washington, Utah  84780
        435-632-6949
        jkeith1115@gmail.com

---

[1] Sandra_Fredlund@azd.uscourts.gov <or>  401 West Washington Street, Phoenix, Arizona 85003  (Telephone: 602-322-7156).