IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>TOWN OF COLORADO CITY, ARIZONA,<br>*et al.,*<br><br>               Defendants. | <br><br><br><br><br><br><br>No. 3:12-cv-8123-HRH<br>(Prescott Division) |

O R D E R

<u>Case Status</u>

The court has received and reviewed the November 1, 2017,[1] report of court-appointed monitor Roger Carter and the January 5, 2018, report of Police Consultant Jim Keith.[2]

The schedule proposed for the completion of revisions to a police policy manual is approved.  The court endorses the Police Consultant's proposal to provide training for the marshal's office as groups of policies are approved, with final training to be accomplished by mid-2018.  The court has some concern about the uncertainty regarding when the two city attorneys will provide the training of the marshal's office which the court has required.  In a further report, as specified below, the Police Consultant will please update the court on the status of his training and that by the city attorneys.

---

[1]Docket No. 1147; entered on docket January 25, 2018.

[2]Currently pending review.

Order – Case Status                                                                                                           - 1 -

One aspect of the reorientation of the marshal's office not addressed by Consultant Keith appears in the November 1 report of Monitor Carter.  The Monitor is working with the marshal's office to ensure that the Monitor is receiving all calls for service in a monthly, computer-aided, dispatch report.  The Monitor requests the assistance of Consultant Keith to assure that the reports are regularly provided and complete.  The Monitor reports that the Consultant has asked not to be involved in the call-for-service reporting process.  The Monitor reports that "the Chief [Marshal] often complains about the injustice of the order and how it has affected him and his officers."[3]

In deciding what form of injunction should be entered in this case with respect to policing issues, the court was confronted with a plausible demand by the plaintiff that the marshal's office be disbanded and that the policing function for the Defendant Cities be turned over to the respective counties.  Rather than put the marshal's office out of business, the court settled upon a more measured, less drastic, course of action aimed at reforming the operations of the marshal's office.  The court does not doubt that the chief marshal and his officers have been deeply affected (and probably offended) by what is required of them, but the civil rights of the people of the Defendant Cities must be observed and protected.  It is hoped that the revised policy manual and the training that will be provided will cause the chief marshal and his officers to achieve a better understanding of what their oath of office requires of them.

With respect to the Police Consultant's request (not to be involved in the incident reporting process), the court does not expect the Consultant to be involved in the administrative process of preparing the reports and submitting them to the Monitor.  However, to the extent that the Monitor determines that the reports are inadequate in any

---

[3]Docket No. 1147.

respect, the court does expect the Consultant to work with the marshal's office to effect such changes in thought or procedure as are necessary from time to time to the end that ongoing reports be accurate and complete.

    The court thanks the Monitor and the Police Consultant for their recent reports. The court looks forward to receiving the Monitor's next quarterly report, and requests that the Police Consultant provide the court with an updated report on or before April 1, 2018.

    DATED at Anchorage, Alaska, this 7th day of February, 2018.

                                          /s/ H. Russel Holland
                                          United States District Judge

cc:    Donald James Keith; 1926 South Summerfield Lane; Washington, Utah 84780