Steven H. Rosenbaum (NY Bar #1901958)
Sameena Shina Majeed (DC Bar #491725)
R. Tamar Hagler (CA Bar #189441)
Paul Killebrew (LA Bar #32176)
Matthew J. Donnelly (IL Bar #6281308)
Emily M. Savner (NY Bar #5214358)
Katharine F. Towt (MA Bar #690461)
F. Nicole Porter (DC Bar #465742)
Stephen M. Ryals (MO Bar #34149)
Noah D. Sacks (CA Bar #246694)

United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC  20530
Phone:        (202) 616-3119
Facsimile:    (202) 514-0212
E-mail:  nicole.porter@usdoj.gov

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States, <br><br> Plaintiff, <br><br> v. <br><br> Town of Colorado City, Arizona, *et al.*, <br><br> Defendants. | No. 3:12cv8123-HRH <br><br> **NOTICE REGARDING FILING OF POLICE CONSULTANT'S REPORT UNDER SEAL** |

On January 25, 2018, this Court issued an order requesting that the parties file a notice addressing the necessity of having the report of the police consultant in this case, Jim Keith, filed under seal. The United States hereby files this notice requesting that the report not be filed under seal. Upon reviewing the report, there is no confidential or sensitive information that requires the report to be filed under seal. Additionally, the

1

public has an interest in knowing the Defendants' progress in implementing the terms of this Court's order and the status of this case. The report is a fair and accurate assessment of the parties' current progress with respect to policy review, and the United States looks forward to continuing to work with the parties to finalize the policy manual. Accordingly, for the above reasons, the United States requests filing the report as a public entry and not under seal.

Dated: February 7, 2018

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

SAMEENA SHINA MAJEED
Chief
Housing and Civil Enforcement Section

R. TAMAR HAGLER
PAUL KILLEBREW
Deputy Chiefs

  *s/ F. Nicole Porter*
MATTHEW J. DONNELLY
EMILY M. SAVNER
KATHARINE F. TOWT
F. NICOLE PORTER
STEPHEN M. RYALS
NOAH D. SACKS
Attorneys
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC  20530
Phone:       (202) 616-3119
Facsimile:   (202) 353-8154
E-mail:  nicole.porter@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on February 7, 2018, I caused a copy of the foregoing *NOTICE REGARDING FILING OF POLICE CONSULTANT'S REPORT UNDER SEAL* to be sent via the Court's ECF system to the following:

Jeffrey C. Matura
Melissa J. England
Barrett & Matura, P.C.
8925 East Pima Center Parkway, Suite 100
Scottsdale, Arizona 85258
*Attorneys for Defendant Town of Colorado City*

R. Blake Hamilton
Ashley M. Gregson
Durham Jones & Pinegar
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
*Attorneys for Defendants City of Hildale, and Twin City Water Authority*

　　　　　　　　　　　　　　　　　　　*s/ F. Nicole Porter*
　　　　　　　　　　　　　　　　　　　F. NICOLE PORTER
　　　　　　　　　　　　　　　　　　　Attorney for the United States