January 5, 2018

To: United States District Court For the District of Arizona

From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office

**Re: No. 3:12-cv-8123-HRH (Prescott Division). The Defendant Cities' Police Consultant will please provide the court with a status report with respect to compliance with paragraph V.B(3) of the court's Order on or before January 15, 2018.**

On May 30, 2017, I was appointed by the Court to serve as the Police Consultant for the Colorado City Marshals Office in Arizona.

In addition to the status of policy development, I am including some of the other areas I have been involved in with reference to the Marshals office, all in an effort to help them enhance the public safety services they provide, specifically in the areas referenced in the Judgement and Decree.

The policies are being done with the Lexipol Policy Group platform. These policies are reviewed and updates sent out by the Lexipol group, based on state and federal law changes, to each department using their platform on a regular basis. It is a little unique with the Marshals office serving two states. We have combined policy from both states (Arizona and Utah) in the policies that have significant differences, and made it clear at the beginning of the policy manual that it is the responsibility of the individual Member to know and understand both state laws, as well as the policies, as they serve both cities.

I accept responsibility for the delay in the policy development process. It has taken longer than expected to put them together, sending them to the two cities attorneys and the DOJ for review and then waiting to get them back.

In reference to the three policies that were specifically spelled out by the court V.B(3), they have all been submitted to the DOJ for their review. The Hiring and Complaint/IA policies first drafts, were sent in mid October. I had phone conversation with the DOJ team on their suggestions and recommendations for those two policies in late October. I made the changes and sent them back to the DOJ in mid November for their second review.

I have since sent the complete draft policy manual, to include the last of the three specific policies highlighted in the court order, Body Worn Cameras to the DOJ team the first of December. We had phone conversation with them on December 15th, about their proposed schedule to send them back to me for final revisions after their review.

They have proposed that they will send them back in three groups. The first being the middle of January, the second being sometime in mid March and the third being in May, with my

responses to theirs within two weeks of receiving them. We all agreed that the reality being closer to the end of June for finalization of the entire manual. We had both cities attorney on the conference call with the DOJ team and all agreed to this timeline pending approval from the court.

The two cities attorney will do the specific training ordered by the court as soon as they can. As each of the three groups of policies are approved I will begin training the Marshals office on each policy, (at their request) completing training on the entire manual sometime after the final is approved by the DOJ in mid 2018.

The Washington County Attorney's office did training that complied with V.B(3)(f), in late September.

The following is some of the progress that has been made in an effort to help the Marshals office be successful:

- I met initially with both City Councils, Mayors and Town Managers and shared my goal and objective moving forward, which is "To help the Marshals Office provide Professional, Equitable, Fair and Consistent policing services to the citizens and visitors of their community".

- I met with both Colorado City and Hildale Managers and Councils in reference to being competitive with salary and medical/retirement benefits.  I advised them that in order to accomplish what is needed to be successful in recruiting experienced, outside law enforcement professionals and retaining them, is a competitive plan moving forward. I shared with them a competitive plan that allows for growth within the agency, as well as, new hires.

- Four key areas we will focus on by providing new policy, training and accountability are as follows:
    - To build trust and confidence with the majority of all community members regardless of race, religion, color, shape, size, ethnicity etc…
    - Create professional, trusted and confident working relationships with adjoining jurisdictions, to include Peace Officer Standards and Training (POST), County Attorneys offices and Sheriff Offices in both states.
    - Hiring, recruiting and retention of professional police officers.
    - Provide fair, equitable and consistent service to all community members.

- V.B(3)(a)Based on the new hiring policy that has been submitted, applications were accepted and testing was completed for three new Deputy positions (9-26-17).  Three have been given conditional job offers based on them passing the police academy that they are now enrolled in.

- - We had moved forward on this prior to approval of the policy through DOJ because of the urgency, the need for additional Deputies, while trying to meet the timeline in the court order. I wanted to do it under the new guidelines that were listed in the order, and we accomplished this.  All three have passed the first portion of the academy recently and are now attending the Law Enforcement block in the academy, and are scheduled to graduate in mid-April.

- V.B(3)(g) A working relationship must exist between the two respective County Attorneys offices and Sheriff Departments, Mohave County and Washington County, in order for the Marshals office to succeed with the direction of the court.  I have met with each of these agencies and had a lengthy discussion on the importance of this working relationship moving forward for all parties involved.  They have agreed to meet with the Marshal and his staff to start rebuilding the professional relationship that needs to exist. I have facilitated meetings with Washington County SO, Washington County Attorney's office and Mohave County SO.  We will be meeting with Mohave County Attorney's office in Nevada, in January.  I feel all three have been very productive, however there is a lot of ground to cover to get where they need to be on both sides.  We were able to do these meetings in Colorado City at the Marshal's office, with the exception of the MC Attorney's office, it will be on 1-11-18 in Nevada at their request.

- I have conducted several Training/Discussions with the Marshals office staff in the following areas:
  - Report writing- complete and accurate account of their actions/investigations
  - Investigations- thorough, complete and accurate, fair, consistent and objective, unbiased police work on every call.
  - Accountability for behavior and actions while on duty and off duty.
  - Discussion on the need to do quality, professional police work in their community that is now very different and much more diverse.
  - The Marshal shared his expectations of each Deputy moving forward in reference to the above listed areas during these trainings, which were consistent and reinforced the perspective I had delivered.

Thank you for the opportunity to address the court with an update to what has been done thus far with the Marshals Office. I am hopeful that as we move forward implementing the new policies, training and future audits, checks and balances, they will continue to develop and enhance the service the Marshals office provides to their community.  There has been progress, however, there is still a lot of work to do and room to grow in all areas listed above.  This entire process will require a major change in the way policing has been perceived and delivered in this community in the past. The dynamics and diversity in this community have drastically changed in the last couple years, people moving out and others moving in. They have the potential to become a professional, trusted Public Safety Department in the future, if they continue to work hard and implement the changes requested.

Please let me know if you have further questions or would like an update in the future on the progress of my efforts with the Marshals Office.