**March 28, 2018**

**To:** United States District Court for the District of Arizona

**From:** Jim Keith, Professional Police Consultant for the Colorado City Marshals Office

**Re: No. 3:12-cv-8123-HRH (Prescott Division). The Defendant Cities' Police Consultant will please provide the court with a status report with respect to the following: 1- Update on the FHA injunction and policies/procedures training for the Colorado City and Hildale staff by the two cities, 2 – Update on the policy training provided by the Police Consultant, 3- The reports prepared for and provided to the Court Monitor.**

1 - The two cities attorneys are scheduled to finish their required FHA injunction and policies/procedures training with the Colorado City and Hildale staff on March 30th. Attached are the training materials.

2 – The policy training being provided by me is going as planned in the schedule approved by the court.  The first policy training was provided to the CCMO staff on March 5th.  The next training is scheduled for April 2nd. This will complete the training for the policies that have been approved by the DOJ to date.

3 – The individual incident reports requested by the Police Consultant for the Court Monitor are being provided in an accurate, complete and timely manner.  The monthly report requested for February was complete, accurate and provided in a timely manner as well.

The following information may be of interest to the court as we move forward.

The Chief Marshal no longer works for the agency and we have begun the recruiting process to hire a new Chief Marshal from outside the area to lead this department. We have posted the position in both Utah and Arizona law enforcement communities, as well as, on the International Association of Chiefs of Police Web Site.

The CCMO has decided to add an additional Supervisor (Sergeant) position to their team. The position has been posted to the same website and in the same areas as the Chief Marshals position above. This additional position will help ensure they have adequate resources for the new policies, procedures, processes and supervision to be carried out in a professional manner.

Thank you, and please let me know if you have any further questions.