FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,            )
                                     )
                          Plaintiff, )
      vs.                            )
                                     )
TOWN OF COLORADO CITY, ARIZONA,      )
*et al.,*                            )   No. 3:12-cv-8123-HRH
                                     )   (Prescott Division)
                         Defendants. )
_____)

O R D E R

Report Processing

The court's *Judgment and Decree Granting Injunctive Relief*[1] requires the filing of periodic reports by the court-appointed Monitor and Police Consultant. The judgment, in Section V.C, page 49, paragraph 39, initially provided that the Monitor's report should go to the parties and that "[t]he Monitor will report to the court upon the court's request." Subsequently, by case status order of December 1, 2017,[2] the court made further provision for the Monitor and Police Consultant to provide the court with status reports. Having the Monitor and the Police Consultant provide the court with their reports directly has proven to be administratively cumbersome. Future reports of the Monitor required by the judgment and any future report(s) requested of the Police Consultant shall first go to counsel and be processed by counsel and the court as follows:

---

[1] Judgment and Decree Granting Injunctive Relief (Apr. 18, 2017), Docket No. 1053 (as amended Aug. 1, 2017).

[2] Docket No. 1139.

Order – Report Processing                                                    - 1 -

(1) Any future report of the Monitor or Police Consultant shall be delivered by the Monitor or Police Consultant directly to counsel for the parties on or before the required reporting date(s).

(2) Counsel shall promptly review each report and, within 10 days of receipt of a report, cause it to be filed with the clerk of court by joint notice of filing.

(3) However, if an attorney for a party believes that a report contains sensitive material that should not be publicly available, then, in lieu of a joint notice of filing, such a report shall be submitted to the court covered by a motion to seal.

DATED at Anchorage, Alaska, this 3rd day of April, 2018.

/s/ H. Russel Holland
United States District Judge

cc: Roger Carter; 111 North 100 East; Washington City, UT 84780
Donald James Keith; 1926 South Summerfield Lane; Washington, Utah 84780