IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

<u>UNITED STATES OF AMERICA</u>     v.     <u>TOWN OF COLORADO CITY, et al.</u>

JUDGE H. RUSSEL HOLLAND            CASE NO.   <u>3:12-cv-8123-HRH</u>
                                                      (Prescott Division)

PROCEEDINGS:   ORDER FROM CHAMBERS

=====

The court has received the March 28, 2018, report of the Police Consultant. Having reviewed the report and believing that it contains no sensitive matter, the court has directed the clerk to file the March 28, 2018, report.[1]

The Police Consultant's March 28, 2018, report is approved. It appears that excellent progress is being made in reforming the CCMO.

On or before May 1, 2018, and using the report processing procedure set forth in the order filed concurrent herewith, the Police Consultant will please provide counsel with compliance information with respect to paragraphs V.B(3)(e), (f), and (g), pages 29 and 30, of the judgment.[2] At the same time, the Police Consultant will please update counsel on the matter of new hires for the CCMO.

=====

cc:   Roger Carter; 111 North 100 East; Washington City, UT 84780
      Donald James Keith; 1926 South Summerfield Lane; Washington, Utah 84780

---

[1] Docket No. 1154.

[2] Docket No. 1053.