Steven H. Rosenbaum (NY Bar #1901958)
Sameena Shina Majeed (DC Bar #491725)
R. Tamar Hagler (CA Bar #189441)
Paul Killebrew (LA Bar #32176)
Matthew J. Donnelly (IL Bar #6281308)
Emily M. Savner (NY Bar #5214358)
Katharine F. Towt (MA Bar #690461)
F. Nicole Porter (DC Bar #465742)
Stephen M. Ryals (MO Bar #34149)
Noah D. Sacks (CA Bar #246694)

United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC  20530
Phone:          (202) 616-3119
Facsimile:     (202) 514-0212
E-mail:  nicole.porter@usdoj.gov

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States,<br><br>Plaintiff,<br><br>v.<br><br>Town of Colorado City, Arizona, *et al.*,<br><br>Defendants. | No. 3:12cv8123-HRH<br><br>**JOINT NOTICE OF FILING OF MONITOR'S AND POLICE CONSULTANT'S REPORTS** |

Pursuant to this Court's Order on Report Processing, ECF No. 1155, the United States and the Town of Colorado City ("the parties") hereby file the May 1, 2018 report of Court Monitor Roger Carter and the April 28, 2018 report of Police Consultant James Keith.  Both reports are submitted herewith as Appendix A and B, respectively.

1

Dated:  May 24, 2018

Respectfully submitted,

*For the United States:*

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

SAMEENA SHINA MAJEED
Chief
Housing and Civil Enforcement Section

R. TAMAR HAGLER
PAUL KILLEBREW
Deputy Chiefs

 */s/ F. Nicole Porter*
MATTHEW J. DONNELLY
EMILY M. SAVNER
KATHARINE F. TOWT
F. NICOLE PORTER
STEPHEN M. RYALS
NOAH D. SACKS
Attorneys
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC  20530
Phone:        (202) 616-3119
Facsimile:    (202) 353-8154
E-mail:  nicole.porter@usdoj.gov

*For Defendants City of Hildale and Twin City Water Authority, Inc.:*

DURHAM JONES & PINEGAR, P.C.

By:      */s/ R. Blake Hamilton (by permission)*
R. Blake Hamilton
Ashley M. Gregson
Durham Jones & Pinegar, P.C.
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111

2

Phone:          (801) 415-3000
Facsimile:     (801) 415-3500
Email:  bhamilton@djplaw.com

*For Defendant Town of Colorado City:*

BARRETT & MATURA, P.C.

By:     */s/ Jeffrey C. Matura (by permission)*
          Jeffrey C. Matura
          Melissa J. England
          Barrett & Matura, P.C.
          8925 East Pima Center Parkway, Suite 100
          Scottsdale, Arizona 85258
          Phone:          (602) 792-5721
          Facsimile:     (602) 792-5710
          Email:  jmatura@barrettmatura.com

**CERTIFICATE OF SERVICE**

I certify that on May 24, 2018, I caused a copy of the foregoing *JOINT NOTICE OF FILING OF MONITOR'S AND POLICE CONSULTANT'S REPORTS* to be sent via the Court's ECF system to the following:

Jeffrey C. Matura
Melissa J. England
Barrett & Matura, P.C.
8925 East Pima Center Parkway, Suite 100
Scottsdale, Arizona 85258
*Attorneys for Defendant Town of Colorado City*

R. Blake Hamilton
Ashley M. Gregson
Durham Jones & Pinegar
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
*Attorneys for Defendants City of Hildale, and Twin City Water Authority*

　　　　　　　　　　　*/s/ F. Nicole Porter*
　　　　　　　　　　　F. NICOLE PORTER
　　　　　　　　　　　Attorney for the United States