Steven H. Rosenbaum (NY Bar #1901958)
Sameena Shina Majeed (DC Bar #491725)
R. Tamar Hagler (CA Bar #189441)
Paul Killebrew (LA Bar #32176)
Matthew J. Donnelly (IL Bar #6281308)
Emily M. Savner (NY Bar #5214358)
Katharine F. Towt (MA Bar #690461)
F. Nicole Porter (DC Bar #465742)
Stephen M. Ryals (MO Bar #34149)
Noah D. Sacks (CA Bar #246694)

United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC  20530
Phone:       (202) 616-3119
Facsimile:   (202) 514-0212
E-mail:  nicole.porter@usdoj.gov

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States,<br><br>         Plaintiff,<br><br>v.<br><br>Town of Colorado City, Arizona, *et al.*,<br><br>         Defendants. | No. 3:12cv8123-HRH<br><br>**JOINT NOTICE OF FILING OF MONITOR'S AND POLICE CONSULTANT'S REPORTS** |

Pursuant to this Court's Order on Report Processing, ECF No. 1155, the United States, the Town of Colorado City, and the City of Hildale ("the parties") hereby file the August 1, 2018 report of Court Monitor Roger Carter and the August 5, 2018 report of Police Consultant James Keith.  Both reports are submitted herewith as Appendix A and B, respectively.

1

Dated:  August 10, 2018

Respectfully submitted,

*For the United States:*

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

SAMEENA SHINA MAJEED
Chief
Housing and Civil Enforcement Section

R. TAMAR HAGLER
PAUL KILLEBREW
Deputy Chiefs

  */s/ F. Nicole Porter*
MATTHEW J. DONNELLY
EMILY M. SAVNER
KATHARINE F. TOWT
F. NICOLE PORTER
STEPHEN M. RYALS
NOAH D. SACKS
Attorneys
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC  20530
Phone:       (202) 616-3119
Facsimile:   (202) 353-8154
E-mail:  nicole.porter@usdoj.gov

*For Defendants City of Hildale and Twin City Water Authority, Inc.:*

DURHAM JONES & PINEGAR, P.C.

By:   */s/ R. Blake Hamilton (by permission)*
R. Blake Hamilton
Ashley M. Gregson
Durham Jones & Pinegar, P.C.
111 S. Main Street, Suite 2400

Salt Lake City, Utah 84111

Phone: (801) 415-3000
Facsimile: (801) 415-3500
Email: bhamilton@djplaw.com

*For Defendant Town of Colorado City:*

BARRETT & MATURA, P.C.

By: <u>*/s/ Jeffrey C. Matura (by permission)*</u>
Jeffrey C. Matura
Melissa J. England
Barrett & Matura, P.C.
8925 East Pima Center Parkway, Suite 100
Scottsdale, Arizona 85258
Phone: (602) 792-5721
Facsimile: (602) 792-5710
Email: jmatura@barrettmatura.com

**CERTIFICATE OF SERVICE**

I certify that on August 10, 2018, I caused a copy of the foregoing *JOINT NOTICE OF FILING OF MONITOR'S AND POLICE CONSULTANT'S REPORTS* to be sent via the Court's ECF system to the following:

Jeffrey C. Matura
Melissa J. England
Barrett & Matura, P.C.
8925 East Pima Center Parkway, Suite 100
Scottsdale, Arizona 85258
*Attorneys for Defendant Town of Colorado City*

R. Blake Hamilton
Ashley M. Gregson
Durham Jones & Pinegar
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
*Attorneys for Defendants City of Hildale, and Twin City Water Authority*

　　　　　　　　　　　　　　　　 */s/ F. Nicole Porter*
　　　　　　　　　　　　　　　　F. NICOLE PORTER
　　　　　　　　　　　　　　　　Attorney for the United States