**August 5, 2018**

**To:** United States District Court for the District of Arizona

**From:** Jim Keith, Professional Police Consultant for the Colorado City Marshals Office

**Re: No. 3:12-cv-8123-HRH (Prescott Division). The Defendant Cities' Police Consultant will please provide the court with a status report with respect to the following: 1- Update on the continued efforts to repair the relationship between CCMO and the Mohave County Attorney's office. 2 - Update on policy development and training.**

1- The CCMO has hired a new Chief/Marshal, Mark Askerlund.  He has spent approximately 35 years of his law enforcement career in the Salt Lake City, Utah area.  He has served as a Lt. in both the Salt Lake City and Cottonwood Heights police departments. Chief Askerlund and I have begun the partnership/relationship building process with the following agencies and departments:  AZ POST, Utah POST, Washington County Sheriff's office, Washington County Attorney's office, Mohave County Sheriff's office and the Mohave County Attorney's office.  To date we have met with all of the above and the relationships are progressing.  The Mohave County Attorney's office has given their support to Mark and the CCMO moving forward.  There has been significant growth in this area, I thank the Mohave County Attorney's office for their efforts.

2- The policy development and training is moving forward; however, we will not have it completed by mid-summer, it will be mid to late fall.  I had a conversation with the DOJ two weeks ago and they advised they are working on the policies that have been submitted but will not be able to get them done before mid to late fall based on available resources.  We will continue to train CCMO staff on each policy as they are approved.

   The recruitment for new deputies and sergeants has begun as well to fill needed and anticipated vacancies. All three of the new deputies that were hired are now certified in both Utah and Arizona and providing law enforcement services to both communities. There is a lot of work left to do, however the CCMO with Chief Askerlund's efforts in building working relationships with all partners involved, is making a positive difference in both cities.

   Thank you and please let me know if you have further questions

   Jim Keith