IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

<u>United States of America</u>　　　　v.　　<u>Town of Colorado City, et al.</u>

Judge H. Russel Holland　　　　　　　Case No.　<u>3:12-cv-8123-HRH</u>
　　　　　　　　　　　　　　　　　　　　　　　　(Prescott Division)

PROCEEDINGS:　　ORDER FROM CHAMBERS

　　　　The court is in receipt of the August 1, 2018, report of Court Monitor Carter and the August 5, 2018, report of Police Consultant Jim Keith.[1]

　　　　The court thanks the court monitor and police consultant for their timely, detailed reports. The fact that the court monitor reports there are no outstanding Fair Housing injunction requirements is of course good news. Even better news is reflected by the court monitor's and police consultant's reports of staffing changes in the marshal's office and progress in relationships between the marshal's office and other law enforcement agencies.

　　　　The court monitor and police consultant will please keep up their good work and report to the court again on or before November 1, 2018.

cc:　Roger Carter; 111 North 100 East; Washington City, UT 84780
　　　Donald James Keith; 1926 South Summerfield Lane; Washington, Utah 84780

---

[1] Docket No. 1162.

Order from Chambers – Court Monitor's and Police Consultant's Reports　　　- 1 -