**October 29, 2018**

**To:** United States District Court for the District of Arizona

**From:** Jim Keith, Professional Police Consultant for the Colorado City Marshals Office

**Re: No. 3:12-cv-8123-HRH (Prescott Division). The Defendant Cities' Police Consultant will please provide the court with a status report with respect to the following: 1- Update on the continued efforts to repair the relationship between CCMO and the Mohave County Attorney's office. 2- Update on policy development and training.**

1   The CCMO is continuing their efforts to enhance the relationships with both County Sheriff's offices and County Attorney's offices. Training has been done or scheduled by all four of these partners. The most significant enhancement is the Mohave County Attorney's office has agreed to, and scheduled to go to the Colorado City Marshal's office and provide needed training on report writing/specifics for successful prosecution. This will be the first time they have provided training at the office in Colorado City. The relationships are continuing to improve with the new CCMO Chief and the Southern Utah and Arizona agencies.  Chief Askerlund is well respected in the area and has been attending many of the executive level meetings with other law enforcement administrators in the area. The required annual Constitution and Amendment training was accomplished last week in Colorado City.

2   The CCMO is in the final stages of hiring two additional patrol officers and one Sergeant. All three of these officers are from outside the community.  The CCMO has had one sergeant and two officers leave the department (these were officers that were part of the department prior to the injunction).

3   Policy approval by the DOJ continues, although at a slower rate than anticipated.  As they are approved by the DOJ, I will continue to train the CCMO staff on each policy.

The overall progress during this last quarter has been positive.  Chief Askerlund has held a couple community events that were well attended by community members.  He is doing this in an effort to enhance the trust and confidence in the community with their law enforcement officers.

Thank you and please let me know if you have further questions.