IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America | v. | Town of Colorado City, et al. |
|---|---|---|
| Judge H. Russel Holland | | Case No.  3:12-cv-8123-HRH |
| | | (Prescott Division) |

PROCEEDINGS:    ORDER FROM CHAMBERS

      The court is in receipt of a *Notice of Filing of Monitor's and Police Consultant's Reports*,[1] covering the November 1, 2018, report of Court Monitor Roger Carter and the October 29, 2018, report of Police Consultant Jim Keith.

      The court thanks the Court Monitor and Police Consultant for their timely and detailed reports.  The court is impressed with the progress which the citizens and officials of Colorado City and Hildale have made in addressing the court's concerns and its judgment in this case.  It is especially reassuring to hear of the progress that has been made in the staffing and operation of the CCMO.

      The court has one concern as a result of the current reports.  Both the Court Monitor and Police Consultant have observed that the Department of Justice's policy approval process has been slower than expected.  Counsel for plaintiff will please look into the matter – perhaps seeking further input from both the Court Monitor and Police Consultant – and then consult with appropriate DOJ personnel for purposes of addressing this concern.

---

    [1]Docket No. 1165.

Order from Chambers – Court Monitor's and Police Consultant's Reports    - 1 -

The court looks forward to receiving the next reports of the Court Monitor and Police Consultant on or about February 1, 2019.

───────────

cc:     Roger Carter; 111 North 100 East; Washington City, UT 84780
        Donald James Keith; 1926 South Summerfield Lane; Washington, Utah 84780