1  Jeffrey C. Matura, State Bar No. 019893
   Melissa J. England, State Bar No. 022783
2  **Barrett & Matura, P.C.**
   8925 East Pima Center Parkway, Suite 100
3  Scottsdale, Arizona 85258
   Telephone: (602) 792-5705
4  Facsimile: (602) 792-5710
   jmatura@barrettmatura.com
5  mengland@barrettmatura.com

6  Attorneys for Defendant Town of Colorado City

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | Case No. CV-12-8123-PCT-HRH |
|---|---|
| Plaintiff, | **NOTICE OF FILING POLICE CONSULTANT'S REPORT** |
| v. | |
| Town of Colorado City, Arizona; City of Hildale, Utah; and Twin City Water Authority, Inc., | |
| Defendants. | |

    Pursuant to this Court's Order, ECF No. 1155, the Town of Colorado City hereby files the January 30, 2019 report of Police Consultant Jim Keith. This report is attached as Exhibit 1.

    Dated on January 31, 2019.

                                    BARRETT & MATURA, P.C.

                                    By:  /s/ Jeffrey C. Matura
                                         Jeffrey C. Matura
                                         Melissa J. England
                                         8925 E. Pima Center Pkwy, Ste 100
                                         Scottsdale, AZ 85258
                                         Attorneys for Defendant Town of Colorado City, Arizona

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Steven H. Rosenbaum
Sameena Shina Majeed
R. Tamar Hagler
Paul Killebrew
Matthew J. Donnelly
Emily M. Savner
Katharine F. Towt
Stephen M. Ryals
Noah D. Sacks
UNITED STATES DEPARTMENT OF JUSTICE
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Attorneys for Plaintiff United States of America

R. Blake Hamilton
Ashley Gregson
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, Utah 84111
Attorneys for Defendants City of Hildale, Utah,
Twin City Water Authority, and Twin City Power


/s/ Carolyn Harrington Marsh