**Date: January 29, 2019**

**To: United States District Court for the District of Arizona**

**From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office**

**Re: No. 3:12-cv-8123-HRH (Prescott Division). Quarterly Report, requested on February 1st, 2019.**

1- The Police Consultant and the DOJ have worked together to get the bulk of the policies finished during this last quarter. We are planning to have the policies done and the complete manual issued to the CCMO staff by the end of February.  The majority of the policy training will be completed by then as well.  Once the manual is issued we will be able to release the policy "daily training bulletins" that will give the deputies daily involvement in the policy and help hold them accountable for each policy.  This allows continued growth, development and understanding of the policies year round.

2- The CCMO continues to grow and develop in a professional manner.  We have hired two new Officers and one Sergeant referenced in the last report.  We have also hired an additional Sergeant and now the department is fully staffed, comprising of the Chief, two Sergeants and seven deputies.  This additional Sergeant is a retired Sheriff from Iron County Utah, who brings a wealth of experience (25 years) and knowledge to the CCMO that will continue to bring trust and confidence to the department and community.

3- The CCMO, Colorado City Elected Officials, and the School District are working to secure an existing building from the school district that can be remodeled and used as a new Marshals Office. This will allow them to have adequate space for evidence and record storage, as well as much needed office space.  It will also provide a specific place for the community to interact with the CCMO in a friendly and professional environment.