Jeffrey C. Matura, State Bar No. 019893
Melissa J. England, State Bar No. 022783
**Barrett & Matura, P.C.**
8925 East Pima Center Parkway, Suite 100
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5710
jmatura@barrettmatura.com
mengland@barrettmatura.com

Attorneys for Defendant Town of Colorado City

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CV-12-8123-PCT-HRH |
| Plaintiff, | **NOTICE OF FILING OF MONITOR'S REPORT** |
| v. | |
| Town of Colorado City, Arizona; City of Hildale, Utah; and Twin City Water Authority, Inc., | |
| Defendants. | |

Pursuant to this Court's Order, ECF No. 1155, the Town of Colorado City hereby files the February 1, 2019 report of Court Monitor Roger Carter. This report is attached as Exhibit 1.

Dated February 1, 2019.

                                            BARRETT & MATURA, P.C.

                                  By:   /s/ Jeffrey C. Matura
                                              Jeffrey C. Matura
                                              Melissa J. England
                                              8925 E. Pima Center Pkwy, Ste 100
                                              Scottsdale, AZ 85258
                                              *Attorneys for Defendant Town of Colorado City, Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Steven H. Rosenbaum
Sameena Shina Majeed
R. Tamar Hagler
Paul Killebrew
Matthew J. Donnelly
Emily M. Savner
Katharine F. Towt
Stephen M. Ryals
Noah D. Sacks
UNITED STATES DEPARTMENT OF JUSTICE
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Attorneys for Plaintiff United States of America

R. Blake Hamilton
Ashley Gregson
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, Utah 84111
Attorneys for Defendants City of Hildale, Utah,
Twin City Water Authority, and Twin City Power


/s/ Carolyn Harrington Marsh