IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

<u>United States of America</u>     v.     <u>Town of Colorado City, et al.</u>

<u>Judge H. Russel Holland</u>     Case No. <u>  3:12-cv-8123-HRH  </u>
(Prescott Division)

PROCEEDINGS:     ORDER FROM CHAMBERS

      The court is in receipt of a *Notice of Filing Police Consultant's Report*,[1] filed January 31, 2019, which has transmitted to the court the Police Consultant's report of January 30, 2019. The court is also in receipt of a *Notice of Filing Monitor's Report*,[2] filed February 1, 2019, covering the Court Monitor's report of February 1, 2019.

      The court thanks Police Consultant Jim Keith and Court Monitor Roger Carter for their timely and detailed reports.

      The court continues to be impressed with the progress which the citizens and officials of Colorado City and the City of Hildale have made in addressing the court's concerns in its judgment in this case. The court trusts that the process of completing the Marshals Office manual by the end of February will be accomplished to the end that daily training bulletins can be issued.

---

[1] Docket No. 1167.

[2] Docket No. 1168.

Good progress continues to be made in the staffing of the Colorado City Marshals Office ("CCMO"). The possibility that the CCMO will be able to secure a more adequate building is good news.

The Court Monitor reports that the cities are currently in compliance with most of the requirements of the court's injunction. There are two areas of concern. The Court Monitor recommends that all public meeting minutes be timely posted in accordance with open meeting laws. The court endorses this recommendation. Good communications and interaction between city officials and the community are important to maintaining public trust. Second, it appears that attendance at training meetings is substantially below full attendance. The court endorses the Court Monitor's recommendation that training should be afforded a high priority. The court urges the Court Monitor to work with city officials responsible for organizing training sessions with a view toward substantially increasing the attendance at training sessions.

As regards training, it is the court's view that attendance at training sessions by city employees is mandatory. See § V.C.(¶ 27) of the court's judgment and decree granting injunctive relief, entered April 18, 2017.[3] The Court Monitor and city officials will please confer with respect to the foregoing. If there is disagreement as to whether attendance at training sessions is mandatory, the Court Monitor will please so advise the court and counsel for the parties on or before March 6, 2019. Assuming, however, that there is an understanding that attendance at training is mandatory, the Court Monitor and city officials will please confer for the purpose of proposing to the court a plan addressing the possible need for remedial training for those who have missed the previous sessions and a plan for attendance at future training sessions.

---

[3]Docket No. 1053.

Except as otherwise provided above, the court looks forward to receiving the next reports of the Court Monitor and Police Consultant on or about May 1, 2019.

═══════════

cc: Roger Carter; 111 North 100 East; Washington City, UT 84780
      Donald James Keith; 1926 South Summerfield Lane; Washington, Utah 84780