Christian Kesselring
HILDALE CITY ATTORNEY
320 East Newel Avenue
P.O. Box 840490
Hildale, Utah 84784
State Bar No. 34563
christian@hildalecity.com
Telephone: 435-874-2323

Attorney for the City of Hildale

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States,<br><br>         Plaintiff,<br><br>vs.<br><br>Town of Colorado City, Arizona, *et al.*,<br><br>         Defendants. | Case No. 3:12-cv-8123-HRH<br><br>**APPLICATION FOR SUBSTITUTION AS ATTORNEY OF RECORD FOR THE CITY OF HILDALE** |
|---|---|

The City of Hildale ("Hildale"), pursuant to LRCiv 83.3(b), hereby submits this application to substitute Attorney Christian Kesselring for Attorneys Blake Hamilton and Ashley Gregson, as its attorney of record in this case.  Attorney Kesselring is employed by Hildale as its City Attorney and will henceforth be representing Hildale as it remains subject to this Court's continuing jurisdiction.  The contact information for Hildale is set forth below.

Dated this 20th day of February, 2018.

/s/ Christian A. Kesselring
Christian A. Kesselring
HILDALE CITY ATTORNEY

320 East Newel Avenue
P.O. Box 840490
Hildale, Utah 84784
christian@hildalecity.com
Telephone: 435-874-2323

APPROVED:


/s/ R. Blake Hamilton
R. Blake Hamilton
(*signed electronically with permission*)
Durham Jones & Pinegar, P.C.
111 S. Main Street, Suite 2400
Salt Lake City, UT 84111
bhamilton@djplaw.com
Telephone: (801) 415-3000
Facsimile: (801) 415-3500


FOR THE CITY OF HILDALE:

/s/ Christian A. Kesselring
HILDALE CITY ATTORNEY
320 East Newel Avenue
P.O. Box 840490
Hildale, Utah 84784
christian@hildalecity.com
Telephone: 435-874-2323