IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America      v.      Town of Colorado City, et al.

Judge H. Russel Holland      Case No. 3:12-cv-8123-HRH

(Prescott Division)

PROCEEDINGS:     ORDER FROM CHAMBERS

This matter is before the court on the City of Hildale's *Application for Substitution as Attorney of Record for the City of Hildale*,[1] filed February 20, 2019, which seeks substitution of attorney Christian Kesselring for attorneys Blake Hamilton and Ashley Gregson as Hildale's counsel in this case. Finding good cause for the application, the court orders that the substitution is hereby allowed, and directs that all appropriate changes shall be made to the record to reflect attorney Kesselring's representation of Hildale.

---

[1] Docket No. 1170.