IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America     v.     Town of Colorado City, et al.

Judge H. Russel Holland     Case No. 3:12-cv-8123-HRH
(Prescott Division)

PROCEEDINGS:   ORDER FROM CHAMBERS

      The court is in receipt of Court Monitor Carter's supplemental report of March 4, 2019. The Court Monitor has conferred with city officials, who have responded positively regarding the need to enhance attendance at training sessions.

      The Court Monitor's supplemental report comports with the court's February 6, 2019, order. The court endorses the Court Monitor's proposal to continue working closely with city officials to ensure training requirements are improved by May 1, 2019, when a further report is due to be submitted.

cc:     Roger Carter; 111 North 100 East; Washington City, UT 84780
        Donald James Keith; 1926 South Summerfield Lane; Washington, Utah 84780