IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

<u>United States of America</u>　　　　v.　　<u>Town of Colorado City, et al.</u>

Judge H. Russel Holland　　　　　　　Case No. <u>　3:12-cv-8123-HRH　</u>
　　　　　　　　　　　　　　　　　　　　　　　　(Prescott Division)

PROCEEDINGS:　　ORDER FROM CHAMBERS

　　　　The court is in receipt of counsel's notice[1] of the filing of the Court Monitor's and Police Consultant's reports.

　　　　The April 30, 2019, report of Police Consultant Keith is approved. The May 1, 2019, report of Court Monitor Carter is approved.

　　　　With respect to the CCMO, the court is satisfied that rebuilding of the police force is proceeding well. When the Police Consultant next reports to the court, an update on the relationship of the CCMO with adjacent law enforcement authorities will be appreciated

　　　　The court is pleased to receive the monitor's report that the mentor and the chief marshal have met regularly and that they have a good relationship. The court is not surprised by the Court Monitor's report that there is some concern about the relationship between the two communities. With the continuing efforts of all concerned, the court believes that the communities can and will come together where they must (<u>e.g.</u>, the marshal's office and the water system). There will be differences between the two communities, but that should not interfere with complete compliance with the court's decree granting injunctive relief.

---

[1]Docket No. 1173.

The Court Monitor reports there have been some lapses in the public posting of the Hildale City Council's meeting minutes. The Court Monitor with please keep an eye on the posting procedures to ensure that substantive compliance is achieved in the immediate future.

With respect to constitutional and fair housing training, the Court Monitor will please continue his good efforts to see that this training is timely scheduled. The court is pleased to hear that participation in the training has improved substantially.

The court looks forward to receiving the next reports of the Court Monitor and Police Consultant on or about August 1, 2019.

---

cc:   Roger Carter; 111 North 100 East; Washington City, UT 84780
      Donald James Keith; 1926 South Summerfield Lane; Washington, Utah 84780