IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America          v.     Town of Colorado City, et al.

Judge H. Russel Holland                  Case No.   3:12-cv-8123-HRH
                                                    (Prescott Division)

PROCEEDINGS:   ORDER FROM CHAMBERS

The court is in receipt of the notice by counsel for the Town of Colorado City, covering the quarterly reports of Court Monitor Roger Carter and Police Consultant Jim Keith.[1]

The reports of the Court Monitor and the Police Consultant evidence the good progress which the towns of Colorado City and Hildale have made during the past year. Reports have now been received from the Court Monitor and the Police Consultant over a period of two years. The July 31, 2019, report of Police Consultant Keith is approved. The August 1, 2019, report of Court Monitor Carter is approved.

There are, however, several matters of concern. The court encourages the Court Monitor to persist in obtaining the public posting of the planning commission meeting minutes and in securing any missing minutes for 2018 and 2019 in Colorado City. Inattention to this kind of detail can lead to the expansion of lapses, whereas regularity in such matters leads to good habits.

The Court Monitor calls attention to the fact that some of the training required by the court did not take place during the past year. Counsel for the towns of Colorado City and

---

[1]Docket No. 1176.

Hildale will please be in contact with their respective clients and with the Court Monitor to the end that a new date for training will be scheduled in the immediate future.

When the Police Consultant next reports to the court, he will please update the court on two additional matters: the acquisition and use of body cameras by CCMO officers and the status of CCMO relations with the Washington County and Mohave County sheriffs.[2]

Police Consultant Keith advises that Chief Mark Askerlund will be retiring. The court thanks Chief Askerlund for his efforts in enhancing the make-up and status of the CCMO in the communities. The court understands that a replacement for Chief Askerlund is being sought. At this point, the towns of Colorado City and Hildale have a considerable investment in the CCMO. The court urges the two councils to seriously consider an improved benefits package for its officers and a new chief marshal. Continued improvement of the CCMO will surely depend upon the hiring of an experienced law enforcement officer as chief marshal.

The court looks forward to receiving further reports from the Court Monitor and Police Consultant on or about November 1, 2019. At that point, and depending upon good progress being made by the towns of Colorado City and Hildale, the court will take recommendations from the parties regarding the frequency with which future reports will be required.[3]

---

cc:   Roger Carter; 111 North 100 East; Washington City, UT 84780
      Donald James Keith; 1926 South Summerfield Lane; Washington, Utah 84780

---

[2] Judgment and Decree, §§ V.B(3)(e) and (g), Docket No. 1053; as amended by Order (Completion of Required Training) (Aug. 1, 2017), Docket No. 1089.

[3] Id., § V.C(39).