UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>TOWN OF COLORADO CITY, Arizona and TWIN CITY WATER AUTHORITY, INC.,<br><br>        Defendants - Appellants. | No. 17-16472<br><br>D.C. No. 3:12-cv-08123-HRH<br>U.S. District Court for Arizona, Prescott<br><br>**MANDATE** |

The judgment of this Court, entered August 26, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Quy Le
        Deputy Clerk
        Ninth Circuit Rule 27-7