May 1, 2020

To: United States District Court for the District of Arizona

From: Roger Carter, Court Monitor

**Re: May 2020 Monitoring Report for the cities of Colorado City, Arizona and Hildale, Utah.**

This report is submitted in compliance with § V.C. (39) of the Judgement and Decree Granting Injunctive Relief ("Judgement and Decree"), requiring a written report every six months on injunction compliance by the Defendant Cities and the activities of the Court Monitor ("Monitor").

This report will cover the period from November 1, 2019, to April 20, 2020, and include a current status of compliance on all the Order requirements, identify any obstacles to the work of the Monitor and provide general observations (§ V.C. (40)).

**Injunction Compliance**

**Policing Act Injunction**

The towns of Hildale, Utah, and Colorado City, Arizona, are currently in compliance with all mandatory orders outlined in the Judgement and Decree Granting Injunctive Relief.  The Court appointed Police Consultant, and Police Mentor provides the following summary of their efforts.

Police Consultant

The Marshal's office continues to enhance its relationship/partnerships with surrounding agencies and attorney's offices.  These other agencies have been assisting by providing training to the department.  The Marshal's office is moving into its new police headquarters in the next month.  The Police Consultant also notes the challenge in recruiting due to the lack of a competitive benefits package.

Police Mentor

The Police Mentor is working with Chief Marshal Radley in identifying potential new hires from the Dixie State University Police Academy.  The Police Mentor notes that pay and benefits continue to be an obstacle to long-term, quality hires.  Since the Colorado City/Hildale Marshall's office requires dual state certifications (Utah and Arizona), this also presents a challenge.  The Mentor feels that the new Chief (Chief Radley) is a highly effective and able administrator.

<u>Non-compliant injunction items</u>

None

**<u>Fair Housing Act Injunction</u>**

The towns of Hildale, Utah, and Colorado City, Arizona have completed all the specific orders as outlined in the Judgement and Decree including, subdivision of property (§ 5C (2)), building department policies and procedures (§ 5C (3)), amendments to water service regulations (sect. 5C(9)), culinary water impact fee (§ 5C (14)).

 Furthermore, the towns of Hildale, Utah, and Colorado City, Arizona, comply with the ongoing responsibility to maintain their website with necessary information as required under Section 5C (22) and to provide mandatory training as required under Section 5C (24) of the Judgement and Decree.  These mandatory trainings occurred on the following dates.

- Injunction Training - September 27, 2019
- Fair Housing Training - December 16, 2019
- Constitutional Training - Pending

Ongoing monitoring of policies, procedures, meetings, utility, and building service requests, continue weekly by the Court Monitor.  Citizen complaints are received and heard by the Court Monitor as needed.

<u>Non-compliant Injunction Items</u>

None

**Current Judgement and Decree Status and Impact**

As has been noted in earlier reports, the best indicator of the success of the Judgement and Decree will not be in the mandatory tasks that were to be accomplished, but rather, in the establishment and practice of fair and equitable policies and treatment by the respective governments.  This continues to take some time, but progress is being made.  The simplicity of the Judgement and Decree lie in the orders, the complexity comes in the consistent application of those orders, and ultimately long-run behavioral change for the community.  This is complex because of the following characteristics of the community.

- Due to the historic decision-making process in the community, these current local governments represent a "first-generation" democratic, representative model of governance.
- New laws, policies, and procedures that the citizens have never been subject to are being established, including zone codes, subdivision regulations, utility service policies, etc.
- The community is in a healing process from the challenges of the past.  Trust in local government and its leaders will take time to establish.
- Property ownership and transactions are more complicated than in other cities due to a court-imposed property trustor (United Effort Plan).
- The community has stronger than normal familial relationships within the population and government organizations that require care and oversight to avoid conflicts of interest or concerns of nepotism (or the accusation of the same).

Even one of these challenges, given to an established municipality, would add complications. Still, when two small, isolated, rural towns function under all of these conditions, understandably, the process of change will take time.  For this, and other reasons, the Judgement and Decree provides both the current guardrails for equal treatment, but also the future guideposts for community growth and development.  Despite these challenges, the local

government officials have worked hard to meet both the letter and spirit of the Judgement and Decree.

**Future Work**

The Court Monitor will continue to oversee all court-ordered compliance requirements. Furthermore, as the long-term goal of each of the city will be to provide policies and processes by which aggrieved citizens can find due-process and procedural equity, the Court Monitor will work with both communities in establishing unambiguous code, creating fair appeal policies, and addressing specific discrimination complaints.  Fair, written policies and procedures will help ensure that public officials will be consistent in their decision-making, help identify good findings for administrative and legislative rulings-making, and encourage trust within the community knowing that all individuals will be treated equally under the law.

As the cities have completed structural requirements of the Judgement and Decree (with the most recent action being the adoption of the Zoning Codes in Colorado City, Arizona), they are now prepared and willing to strengthen their internal and external governance processes. The Court Monitor thanks the Court for its continued support of the communities and their efforts in working towards a bright and hopeful future.

**<u>Communication</u>**

This report was provided electronically and in hard copy to:

<u>To plaintiff:</u>

Sean Richard Keveney
United States Department of Justice
Civil Rights Division
950 Pennsylvania Ave, N.W.
Washington, DC 20053

<u>To Colorado City:</u>

Jeffrey C. Matura
Graif Barrett & Matura P.C.
1850 North Central Avenue, Ste. 500
Phoenix, AZ 85004

Town Manager
Colorado City
PO Box 70
Colorado City, AZ 86021

<u>To Hildale City:</u>

Christian Kesselring
320 East Newel Ave
PO Box 840490
Hildale, UT 84784

Mayor - Hildale City, Utah
320 East Newel Ave
PO Box 840490
Hildale, UT 84784

DATED at Washington, Utah, this 1st day of May 2020.

Roger Carter, Court Monitor