**Date: April 30,2020**

**To: United States District Court for the District of Arizona**

**From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office**

**Re: No. 3:12-cv-8123-HRH (Prescott Division). Quarterly Report, Requested May 1st 2020**

Chief Robb Radley has been working hard to continue the efforts that were started with the community in reference to trust and confidence. He has continued to grow that relationship in a positive direction.  His efforts to continue to enhance relationships with both Mohave County SO/ Attorney's office and Washington County SO/ Attorney's office continues to progress. The other surrounding agencies relationships/partnerships are also developing in a very positive manner.  The Arizona State Troopers, Arizona AG's office, Kane County Sheriff's Office, and agencies in Washington County are all working with CCMO to enhance their relationships, along with combined trainings and support.  This is very promising for the citizens of Colorado City and Hilldale City, as the Marshals office continues their efforts to be a positive influence and partner in the community.

The Marshals office still struggles to get certified, experienced officers to apply for their open deputy positions.  I believe this is because of the lack of competitive benefits with surrounding agencies, specifically with health insurance, and retirement. They were not able to fill the vacant sergeant position with an experienced officer because they did not have outside officers with experience apply, that could pass the certification tests required. They have hired two new deputies, one from the Dixie State University police academy and the other retired from a Utah agency.

The remodel on the new Marshals office is nearing its completion.  They have had some setbacks getting the IT finished in the building, but are very close and anticipate being in the new building in May. Chief Radley has had significant involvement in making this happen and getting it completed.  It will be an outstanding addition to the Marshals office and community.

The above efforts are ultimately enhancing the quality of life, (trust and confidence) in these communities.

I will continue to work with Chief Radley moving forward on the relationship development and personnel hiring concerns to attract qualified, experienced officers to fill their vacant positions.