IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TOWN OF COLORADO CITY, ARIZONA, | ) | |
| *et al.,* | ) | No. 3:12-cv-8123-HRH |
| | ) | (Prescott Division) |
| Defendants. | ) | |
| _____ | ) | |

O R D E R

Court Monitor and Consultant Reporting

The court is in receipt of the May 1, 2020, report of Court Monitor Roger Carter and the April 30, 2020, report of Police Consultant Jim Keith.[1]

The court thanks the Court Monitor and Police Consultant for their continuing efforts.

The Police Consultant's work with Chief Marshal Radley appears to be going well. It is good to hear that Chief Radley is an effective and able administrator.

The Defendant Cities remain in compliance with the court's judgment and decree.

The court is particularly appreciative of the Court Monitor's discussion of the community characteristics which are at work in the Defendant Cities. The court is

---

[1]Notice of Filing of Court Monitor and Police Consultant Report, Docket No. 1186.

Order – Court Monitor and Consultant Reporting                                                                                         - 1 -

satisfied that the Defendant Cities are making excellent progress in the "healing process" which has and continues to develop trust in local government.

DATED at Anchorage, Alaska, this  13th  day of May, 2020.

/s/ H. Russel Holland
United States District Judge