IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

<u>United States of America</u>  v.  <u>Town of Colorado City, et al.</u>

Judge H. Russel Holland  Case No.  <u>3:12-cv-8123-HRH</u>
                                              (Prescott Division)

PROCEEDINGS:   ORDER FROM CHAMBERS

With reference to the court's order of December 19, 2019,[1] the reporting period for the Court Monitor's reports was decreased to six-month intervals. The Monitor's first semi-annual report was served and filed May 5, 2020, and it appears that another report is due.

The court will expect the submission of the Monitor's next report by **November 16, 2020**.

cc:  Roger Carter; 111 North 100 East; Washington City, UT 84780
     Donald James Keith; 1926 South Summerfield Lane; Washington, Utah 84780

---

[1]Docket No. 1185.