Attachment B

**Date: November 1, 2020**

**To: United States District Court for the District of Arizona**

**From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office**

**Re: No. 3:12-cv-8123-HRH (Prescott Division). Bi-Annual Report, Requested November 1, 2020**

Chief Robb Radley has continued his efforts with the community in reference to trust and confidence. That relationship is continuing to develop and grow in a positive direction. He is continuing efforts to enhance relationships with both Mohave County SO/ Attorney's office and Washington County SO/ Attorney's office. He has been working on his relationship with Arizona State leaders to enhance the public safety communications infrastructure for the surrounding area. The other surrounding agencies relationships/partnerships also continue in a positive manner. The Arizona State Troopers, Arizona AG's office, Kane County Sheriff's Office, and agencies in Washington County are all working with CCMO to enhance their training support. They have had held several combined trainings over the last six months. The Marshal's office training efforts have significantly improved and has a direct impact on the professionalism and services they provide to the community. The Marshals office is continuing their efforts to be a positive influence and partner in this community.

The Marshals office is currently fully staffed. The majority of their staff are new to the profession because of the lack of competitive benefits with surrounding agencies, specifically health insurance and retirement.

The remodel on the Marshals office is to the point that they have been able to move into the building and are providing their services to the public from this new, professional environment. It has had a positive impact on the staff and community.

The above efforts continue to enhance the quality of life, (trust and confidence) in these communities.

Chief Radley and I will continue to work together on the relationship development and personnel hiring concerns to attract qualified, experienced officers to the department in the future. These efforts will ultimately enhance the services provided to the community and the long-term sustainability of the Marshal's office.