IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


United States of America,          )
                                   )
                    Plaintiff,     )
                                   )
        vs.                        )
                                   )
Town of Colorado City, Arizona,  et al.,     )          No. 3:12-cv-8123-HRH
                                   )               (Prescott Division)
                    Defendants.    )
_____     )


O R D E R

Court Monitor and Consultant Reporting

The court is in receipt of the semi-annual reports of the Court Monitor and Police

Consultant.[1]  The court thanks the Court Monitor and Police Consultant for their ongoing

efforts to assist in the Cities' continuing compliance with the court's judgment and decree.

The Court Monitor reports that the Cities are currently in compliance with all

mandatory requirements of the judgment and decree.  The police Consultant reports that

progress is being made regarding both the facilities of the Colorado City Marshals Office

as well as the relationships between the Marshals Office and other law enforcement

agencies.  The progress which has been made in the Colorado City Marshals Office is

impressive.

There are two matters which require some further attention.

---

[1]Notice of Filing of Court Monitor and Police Consultant Reports, Docket
No. 1190.

(1)     Injunction training is presently past due.  The Monitor will please consult with appropriate City officials and arrange for injunction training to take place in the next **60 days**.

(2)     The Court Monitor reports that he has requested that the Cities post the City Council, planning commission, and utility board minutes for 2020.  The court endorses that request.  Transparency is as important in local government as it is nationally.  Transparency will facilitate the development of trust between City officials and the citizens of Hilldale and Colorado City.

In conclusion, the court concurs in the Court Monitor's observation that the Cities' work "is extraordinary due to where they began when the Judgement and Decree was issued[.]"  The court encourages the officials of the Cities to continue their good work in strengthening internal and external governmental policies and procedures.

The court looks forward to receiving a further report from the Court Monitor and Police Consultant on or about May 1, 2021.

DATED at Anchorage, Alaska, this  18th  day of November, 2020.


/s/ H. Russel Holland
United States District Judge