Jeffrey C. Matura, State Bar No. 019893
Melissa J. England, State Bar No. 022783
**Barrett & Matura, P.C.**
8925 East Pima Center Parkway, Suite 215
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5710
jmatura@barrettmatura.com
mengland@barrettmatura.com

Attorneys for Defendant Town of Colorado City

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CV-12-8123-PCT-HRH |
| Plaintiff, | **NOTICE OF FILING OF COURT MONITOR AND POLICE CONSULTANT REPORTS** |
| v. | |
| Town of Colorado City, Arizona; City of Hildale, Utah; and Twin City Water Authority, Inc., | |
| Defendants. | |

Pursuant to the Court's Order, the Town of Colorado City files the May 1, 2021 reports of Court Monitor Roger Carter and Police Consultant Jim Keith. Both reports are attached.

Dated on May 3, 2021

                                          BARRETT & MATURA, P.C.


                              By:  /s/ Jeffrey C. Matura
                                   Jeffrey C. Matura
                                   Melissa J. England
                                   8925 East Pima Center Pkwy, Suite 215
                                   Scottsdale, Arizona 85258
                                   Attorneys for Defendant Town of
                                   Colorado City, Arizona

# CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Steven H. Rosenbaum
Sameena Shina Majeed
R. Tamar Hagler
Paul Killebrew
Matthew J. Donnelly
Emily M. Savner
Katharine F. Towt
Stephen M. Ryals
Noah D. Sacks
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
 noah.sacks@usdoj.gov
Attorneys for Plaintiff United States of America


/s/ Susan Saville
Susan Saville