May 1, 2021

To: United States District Court for the District of Arizona

From: Roger Carter, Court Monitor

**Re: May 2021 Monitoring Report for the cities of Colorado City, Arizona and Hildale, Utah.**

This report is submitted in compliance with § V.C. (39) of the Judgement and Decree Granting Injunctive Relief ("Judgement and Decree"), requiring a written report every six months on injunction compliance by the Defendant Cities ("Cities") and the activities of the Court Monitor ("Monitor").

This report will cover the period from November 1, 2020, to April 30, 2021, and include a current status of compliance on all the Order requirements, identify any obstacles to the work of the Monitor and provide general observations (§ V.C. (40)).

## Injunction Compliance

**Policing Act Injunction**

The towns of Hildale, Utah, and Colorado City, Arizona, are currently in compliance with all mandatory orders outlined in the Judgement and Decree Granting Injunctive Relief. The Court-appointed Police Consultant provides the following summary of his efforts.

*The Consultant continues to work with the surrounding and state agencies in both UT and AZ to develop a continued positive working partnership with CCMO in both states. Chief Radley has personally met with multiple AZ agencies and offices to enhance this effort. The police reports produced by the Marshal's Office are continuing to improve. The Consultant and Chief Radley are working together to improve this process and outcomes. The department will be doing testing for a police officer position in May. Chief Radley's efforts to improve the radio communication infrastructure are continuing and progressing. The dispatch center has been*

1

*moved under the Marshal's Office umbrella and is now supervised and managed by Chief Radley.*

Recently, the communities replaced the Dispatch Center Director and reorganized the structure of the Emergency Services dispatch center to report to the Chief Marshal. The Court Monitor and Police Consultant consider the changes with the dispatch department to be a positive move. Historically, it has been a challenge to reconcile records between dispatched calls and officer reports, and the quality of the report writing made it often difficult to ensure a clear understanding of the reported incident. This organizational change, along with the commitment of funds to upgrade the dispatch system, should have positive results for the community and the Court's ability to oversee fair and equitable enforcement.

**Non-compliant injunction items**

**Fair Housing Act Injunction**

The towns of Hildale, Utah, and Colorado City, Arizona have completed all the specific orders as outlined in the Judgement and Decree including, subdivision of property (§ 5C (2)), building department policies and procedures (§ 5C (3)), amendments to water service regulations (sect. 5C(9)), culinary water impact fee (§ 5C (14)).

Furthermore, the towns of Hildale, Utah, and Colorado City, Arizona, are obligated to maintain their website with necessary information as required under Section 5C (22) and provide mandatory training as required under Section 5C (24) of the Judgement and Decree.

**Training Requirements**

Since the last Monitor report, there have been two mandated trainings. the "Injunction training," which was overdue in the previous report, and the "Fair Housing training." The Injunction training occurred on November 19, 2020. The Fair Housing training occurred on December 15, 2020. Both of these trainings were provided to participants electronically in

compliance with COVID regulations and with approval by the Department of Justice. The following summary is provided for each of the noted trainings.

**Court Injunction training** - 62 employees were required to attend the training.  To date, two public officials have failed to complete any portion of the training. Twenty-six (42%) of the participants were not in attendance on the training day but observed it in a recorded manner thereafter. Of these 26 participants, 11 (42%) completed the training within 30 days of the filing of this report.

**Fair Housing training** - 62 employees were required to attend the training.  To date, two public officials have failed to complete any portion of this training. Fifteen (24%) of the participants did not participate on the training day but observed it in a recorded manner thereafter. Of those 15 participants, 13 (87%) of these employees completed the training within 30 days of the filing of this report.  The affidavits of three public officials, attesting that they had viewed the recorded trainings, demonstrated some discrepancies that need to be resolved before being considered to comply with the Order.

Although these trainings were conducted under unusual circumstances, **the Court Monitor recommends in-person attendance by all required personnel for future trainings.** These trainings, like other public meetings that are currently conducted in-person, can be held safely by following official health orders and protocols.  Additionally, all individuals required to receive these mandated training should attend in-person in compliance with the Court Order. The Order only permits viewing recorded trainings for *new* employees (hired after the date of the most recent training).  Additionally, greater verification of compliance can be assured by requiring in-person attendance.

The next training will need to occur before the following date.
- Constitutional Training - June 8, 2020

Due to the noted discrepancies in the previous training affidavits, the Court Monitor will perform an audit to determine the accuracy of these affidavits. The results of this training audit will be provided to the Court in the next Semi-Annual report.

**Public Access to Meeting Minutes**

In response to the previous Court Monitor report, the Court admonished the communities to publicly post-meeting minutes from their respective planning commissions and utility board on their public websites. In light of this, the Monitor provides the following :

**Town of Colorado City.**

- City Council minutes - up to date.
- Planning Commission minutes - no minutes posted to date

**Town of Hildale**

- City Council minutes - last posted meeting minutes January 8, 2020
- Planning Commission minutes - No minutes posted for meetings during the years 2020 and 2021
- Utility Board meeting  - no minutes posted to date

The court monitor will continue to work with these communities to ensure the minutes of these meetings are posted for public review.

**Current Discrimination Complaints**

The court monitor is currently investigating a claim of religious discrimination by a previously terminated officer of the Marshal's office. This investigation has just recently commenced and will take some time to review. The monitor will provide an update to the court as requested or in the next court monitor filing.

**Other Activities**

In March, the Monitor conducted a building permit and inspection audit on the Building Department of Colorado City and Hildale. No significant or discriminatory findings were found. However, recommendations were provided in areas of report deficiency to both improve the application process and avoid any potential client misunderstandings.

**Non-compliant Injunction Items**

Updating city council minutes on the community websites and uploading meeting minutes for all planning commission and utility board meetings.

## Current Judgement and Decree Status and Impact

It has been relatively quiet over the past reporting period, primarily due to the impact of the global pandemic. As earlier noted, this health crisis complicated some of the compliance issues, and therefore, temporary accommodations were granted.  Despite this slower period, change continues in these communities. In December, Colorado City swore in two new council members. These council members are learning their responsibilities, including the requirements of the Court Order. Hildale experienced several significant staff changes. Their Town Manager, John Barlow, resigned several months ago and was replaced by Eric Duthie. Their Utility Director, Harrison Johnson, was activated with the National Guard and will be absent from his position for the upcoming year.  As with all change, there are both benefits and challenges. New leaders bring new vision and leadership to the community. However, realizing these benefits may take some time as they learn their responsibilities, find their role, and build confidence.  This learning curve includes understanding elements associated with Court oversight and orders.  Despite these short-term hurdles, the Monitor is confident that these new leaders will provide excellent guidance and direction to their communities.

Although there is general compliance with the Orders of the injunction, time continues to be the most effective trainer for these Community leaders in learning compliant and equitable governance. The Monitor continues to observe both "voluntary" and "compelled" compliance with the Court Order. These levels of compliance vary by community and situation. For example, some of the more easily complied requirements - such as training - are often not prioritized until the compelling deadline approaches. The wisdom guiding the length of the Order will provide the necessary time to ensure that city officials will give voluntary compliance and natural performance in providing the foundational elements of equitable governance, thereby building trust and confidence from community members in their public institutions. Once historical risks are eliminated, and consistently good governmental performance is observed, these communities will be on the path towards self-governance.

**Future Work**

During the upcoming monitoring period, The Court Monitor will continue to oversee all court-ordered compliance requirements, continue to work with the communities in providing policies and procedures of due process and procedural equity and ensure that all practices and laws are non-discriminatorily written and fairly administered. The work will continue in strengthening the cities internal and external governance processes.

The Court Monitor looks forward to the continued work with these Cities and thanks the Court for the support and oversight in this bright, new, unfolding chapter in the lives of the citizens of Hildale, Utah, and Colorado City, Arizona.

## Communication

This report is provided electronically to:

<u>To plaintiff:</u>

    Stephen Ryals
    United States Department of Justice
    Civil Rights Division
    950 Pennsylvania Ave, N.W.
    Washington, DC 20053

<u>To Colorado City:</u>

    Jeffrey C. Matura
    Graif Barrett & Matura P.C.
    1850 North Central Avenue, Ste. 500
    Phoenix, AZ 85004

    Town Manager
    Colorado City
    PO Box 70
    Colorado City, AZ 86021

<u>To Hildale City:</u>

    Christian Kesselring
    320 East Newel Ave
    PO Box 840490
    Hildale, UT 84784

    Mayor - Hildale City, Utah
    320 East Newel Ave
    PO Box 840490
    Hildale, UT 84784

DATED at Washington, Utah, this 1st day of May 2021.

_____
Roger Carter, Court Monitor