**Date: April 30, 2021**

**To: United States District Court for the District of Arizona**

**From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office**

**Re: No. 3:12-cv-8123-HRH (Prescott Division). Bi-Annual Report, Requested May 1, 2021**

The efforts to enhance relationships with all surrounding agencies, state and county organizations continue. Chief Radley has personally met with many of them to create sustainable partnerships over the last several months. The trust and confidence with those agencies and the CCMO are continuing to grow as they see the changes occurring.

The computer aided report writing and data collection system that is currently being used by the department is less than adequate. Chief Radley has worked hard with AZ state officials to purchase a new system that is compatible with the other surrounding agencies. This system will enhance the data collection, retrieval of, and reporting to outside agencies that is required for licensing, grants etc. The Colorado City dispatch center has been moved under Chief Radleys responsibility which will ultimately enhance their services as well. The dispatch center will greatly benefit from this new system enhancing their capabilities. The Police reports produced by the department continue to improve, this system will help in this area as well. They have obtained approval to purchase the new system and should take delivery within the next year.

The department continues to increase their training efforts with outside agencies. They are hosting training at their facility where other agencies are attending in an effort to enhance the professionalism and quality of service they provide to the community.

Chief Radley and I have started and will finish up in the next couple of months a review and update process for the CCMO policies. This will include policies that need updating, policies that were not included in the initial release, and policies that the department needs to add as it continues to progress and grow.

The Marshals office is currently fully staffed. However, they have one deputy that will be leaving in the near future. We will be doing testing to replace that deputy the middle of May. The lack of competitive benefits with surrounding agencies, specifically retirement contributions continue to be a factor in attracting tenured officers to the department.

Chief Radley and I will continue to work together on the relationship development and personnel hiring concerns to attract qualified, experienced officers to the department in the future. We will continue our efforts to enhance the police reports produced by the department. These efforts will ultimately enhance the services provided to the community and the long-term sustainability of the Marshal's office.