IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Town of Colorado City, Arizona, et al., | ) | No. 3:12-cv-8123-HRH |
| | ) | (Prescott Division) |
| Defendants. | ) | |
| | ) | |

O R D E R

Court Monitor and Consultant Reporting

The court is in receipt of the semi-annual reports of the Court Monitor and Police Consultant.[1] The court again thanks the Court Monitor and Police Consultant for their continuing efforts to assist in the Cities' compliance with the court's judgment and decree.

The Cities are in compliance with the court's judgment and decree regarding Policing Act injunctions. The Police Consultant reports that the Marshal's Office is fully staffed, and that a new report-writing and data collection system has been approved for acquisition and should be installed by next year. The Police Consultant reports that he and Chief Radley have initiated a process for the review and updating of CCMO policies. The court encourages that endeavor. The court also encourages Chief Radley to continue

---

[1] Notice of Filing of Court Monitor and Police Consultant Reports, Docket No. 1192.

his efforts aimed at improving the relationship of the Marshal's Office with other law enforcement agencies.

The Court Monitor reports that injunction training and fair housing training – which were delinquent when matters were last reported to the court – have now been accomplished. However, it appears that due to COVID-19 concerns, a substantial number of the Cities' employees participated in virtual training sessions. The court understands the necessity for the use of virtual training sessions during the past year. The court trusts that the Cities' employees have received COVID-19 vaccinations and that they will return to in-person training sessions. The court strongly endorses the Court Monitor's recommendation that in-person attendance at training sessions be required for future training sessions. In that regard, the Court Monitor will please undertake the audit of training affidavits which he has suggested.

In November 2020, the Court Monitor reported that he had requested that the Cities post city council, planning commission, and utility board minutes. The court endorsed that request. The Court Monitor's May 1, 2021, report indicates that the posting of city council, planning commission, and utility board minutes is a continuing problem. The Court Monitor will please confer with the appropriate Cities' officials for purposes of emphasizing the need for minutes to be posted timely in order that residents be informed concerning developments within the Cities. The Court Monitor and officials of the Cities will please identify the Cities' employees who are responsible for the posting of minutes, and the Court Monitor will please periodically prompt those employees to the end that minutes of the city council, planning commission, and utility board be timely posted. Should it become apparent that there are inappropriate delays in the preparation of minutes, the Court Monitor will please engage city officials to rectify that situation.

The court thanks the Police Consultant and Court Monitor for their continuing efforts on behalf of the Town of Colorado City and the City of Hildale. The court looks forward to receiving the Court Monitor's and Police Consultant's next semi-annual reports on or about November 21, 2021.

DATED at Anchorage, Alaska, this 5th day of May, 2021.

/s/ H. Russel Holland
United States District Judge