|   |   |
|---|---|
| 1 | Jeffrey C. Matura, State Bar No. 019893 |
| 2 | Melissa J. England, State Bar No. 022783 |
|   | **Barrett & Matura, P.C.** |
| 3 | 8925 East Pima Center Parkway, Suite 215 |
|   | Scottsdale, Arizona 85258 |
| 4 | Telephone: (602) 792-5705 |
|   | Facsimile: (602) 792-5710 |
| 5 | jmatura@barrettmatura.com |
|   | mengland@barrettmatura.com |

Attorneys for Defendant Town of Colorado City

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | Case No. CV-12-8123-PCT-HRH |
|---|---|
| Plaintiff, | **DEFENDANT TOWN OF COLORADO CITY'S UPDATE REGARDING POLICE CONSULTANT CONTRACT** |
| v. |  |
| Town of Colorado City, Arizona; City of Hildale, Utah; and Twin City Water Authority, Inc., |  |
| Defendants. |  |

Pursuant to the Court's Order on Colorado City's Motion to Modify Judgment [Doc. 1199], the Town of Colorado City provides the following update to the Court.

On September 8, 2021, counsel for the United States, Colorado City, and Hildale, along with Roger Carter (as the Monitor) and Jim Keith (as the Police Consultant), all met telephonically to discuss the Court's Order. Counsel for Colorado City expressed the concern regarding avoiding duplicative work by the Monitor and Police Consultant. The discussion was very professional, cordial, and productive. A question was raised regarding whether Colorado City could provide some examples of duplicative work so that the Monitor and Police Consultant could be more aware of the issue. Counsel for Colorado City agreed to request some examples from Colorado City and to then provide those examples to all parties on the call. Everyone also agreed that, once those examples are identified, the next step is to amend the Police Consultant's contract to remove the

items already completed and to hopefully better identify the work to be completed going forward.

The parties scheduled follow-up calls on September 17 and 24, 2021. Those calls did not occur because counsel for Colorado City is still waiting to receive invoices and other documents from Colorado City to illustrate potentially duplicative work. Counsel for Colorado City therefore requested to postpone the calls until everyone can review the invoices and other documents.

The parties intend to continue to move forward on this issue in good faith and to confer with each other regarding how to amend the Police Consultant's contract. Once the parties have reached an agreement (or if they reach an impasse on an issue), they will notify the Court. Because the exact date of when the parties will resolve this issue is unknown, Colorado City wanted to provide this update to the Court and also suggests that the parties provide a further update at least every 30 days until the issue is resolved. Colorado City does not anticipate it will take more than 30 days to resolve this issue, but is cognizant of keeping the Court updated.

The United States has reviewed this filing and has no objection to continuing to work on resolving this issue and providing regular updates to the Court.

Dated on September 29, 2021

                                BARRETT & MATURA, P.C.

                                By:   /s/ Jeffrey C. Matura
                                          Jeffrey C. Matura
                                          Melissa J. England
                                          8925 East Pima Center Pkwy, Suite 215
                                          Scottsdale, Arizona 85258
                                          Attorneys for Defendant Town of
                                          Colorado City, Arizona

## CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Steven H. Rosenbaum
Sameena Shina Majeed
R. Tamar Hagler
Paul Killebrew
Matthew J. Donnelly
Emily M. Savner
Katharine F. Towt
Corey M. Sanders
Noah D. Sacks
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Attorneys for Plaintiff United States of America


/s/ Susan Saville
Susan Saville