IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,              )<br>                                                      )<br>                           Plaintiff,    )<br>                                                      )<br>    vs.                                             )<br>                                                      )<br>Town of Colorado City, Arizona, et al., )<br>                                                      )<br>                           Defendants. )<br>_____) | No. 3:12-cv-8123-HRH<br>(Prescott Division) |

O R D E R

Case Status

The court is in receipt of defendant Colorado City's status report concerning consultation between the parties with respect to possible amendment of the Police Consultant's contract. The parties' negotiations are ongoing, and Colorado City suggests that the court call for additional reports at 30-day intervals until the Police Consultant's contract situation is resolved. The United States does not object.

Colorado City's proposal is acceptable to the court. The court will look forward to receiving status reports at 30-day intervals.

DATED at Anchorage, Alaska, this  1st  day of October, 2021.

/s/ H. Russel Holland
United States District Judge