**Date: October 29, 2021**
**To: United States District Court for the District of Arizona**
**From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office**
**Re: No. 3:12-cv-8123-HRH (Prescott Division). Bi-Annual Report, Requested November 1, 2021**

As requested by the court, the following is a summary of the work that has being done to continue enhancing the service the Marshals office provides to the Hildale/Colorado City community.

Chief Radley continues to meet with many of the surrounding agencies and other state and local administrators to maintain and enhance the partnerships that have been developed. The trust and confidence with these partners and the CCMO are continuing to grow as they see the positive changes occurring within the department and community.

The new computer aided dispatch and report writing system is currently being installed. They have been given a go live date of February 2022. Chief Radley has worked with AZ and UT agencies to make sure the transition and connectivity will be positive. This new system will enhance data collection, retrieval of, and reporting to outside agencies, as well as, enhancing the report writing capabilities of the department. This system will bring the Colorado City Dispatch Center on line with the surrounding agencies and enhance information sharing, transparency and communication capabilities that are not currently available with the old system.

In general, the reports have improved, specifically within the narrative portion of the report.  The following are some reoccurring issues within the reports that could be improved:
- Personal/Demographic information missing on listed complainants, involved parties, offenders and properties.
- Missing supplement reports by both the initial and assisting/back up officers.

These areas directly impact information needed to send accurate reports to state and federal partners.  This information is critical internally, as well as, being able to direct staffing resources in needed areas. This information could directly impact efforts towards intelligence led or community policing in the future.

The Chief is working on these areas with his staff and we have seen improvement. However, I feel there is still real value in reviewing/auditing these reports into the future to help the Chief identify the areas that are deficient or need attention as he continues to enhance the professional policing services the department is providing to this community.

The department continues to enhance their training efforts with outside agencies. They continue to host training at their facility and are sending their deputies to other agencies for training as well.  Mutual respect continues to grow and develop with these efforts. Next month, Chief Radley and I will finish the policy review and update that we started several months ago.  This will include policies that need updating, policies that were not

included in the initial release, and policies that the department needs to add as it continues to progress and grow. This also includes some recent legislative updates to bring them current.

The Marshal's office currently is not fully staffed. They have one deputy position open. We have recently begun a hiring process to fill that position. The lack of competitive benefits with surrounding agencies, specifically retirement contributions, continue to be a factor in attracting new or tenured officers to the department.

Our efforts together on the relationship development and personnel hiring concerns will enhance our ability to attract both tenured and newly qualified officers to the department. We will continue to work on the police reports produced by the department. The efforts put forth by the Chief, deputies and civilian staff will continue enhancing the services provided to the community.

Please let me know if you have further questions?