1  Jeffrey C. Matura, State Bar No. 019893
   Melissa J. England, State Bar No. 022783
2  **Barrett & Matura, P.C.**
   8925 East Pima Center Parkway, Suite 215
3  Scottsdale, Arizona 85258
   Telephone: (602) 792-5705
4  Facsimile: (602) 792-5710
   jmatura@barrettmatura.com
5  mengland@barrettmatura.com

6  Attorneys for Defendant Town of Colorado City

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Town of Colorado City, Arizona; City of Hildale, Utah; and Twin City Water Authority, Inc.,<br><br>　　　　　Defendants. | Case No. CV-12-8123-PCT-HRH<br><br>**DEFENDANT TOWN OF COLORADO CITY'S STATUS UPDATE REGARDING POLICE CONSULTANT CONTRACT** |

Pursuant to the Court's Order [Doc. 1201], the Town of Colorado City provides the following update regarding the status of the Police Consultant's contract.

The Court may recall that Colorado City previously reported that the parties intend to confer with each other regarding how to amend the Police Consultant's contract, with the goal of amending the contract to remove work that is already complete and to better define the future work necessary under the Court's injunction. This process is still ongoing, but rather than incur the legal costs to formally amend the contract, representatives from Colorado City intend to meet with the Police Consultant directly to discuss its concerns about avoiding duplicative work. Based upon its good relationship with the Police Consultant, Colorado City believes it may be possible to resolve its concerns through personal and direct conversations with the Police Consultant, which would alleviate the need to formally amend the contract. Colorado City anticipates that

these conversations will occur – and any resultant agreement or understanding will be met – before the next reporting period to the Court.

Colorado City has informed the Department of Justice of its plan to meet directly with the Police Consultant to try and resolve any concerns and will keep the Court and all other parties updated on the progress.

Dated on November 1, 2021

BARRETT & MATURA, P.C.

By: /s/ Jeffrey C. Matura
Jeffrey C. Matura
Melissa J. England
8925 East Pima Center Pkwy, Suite 215
Scottsdale, Arizona 85258
Attorneys for Defendant Town of
Colorado City, Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Steven H. Rosenbaum
Sameena Shina Majeed
R. Tamar Hagler
Paul Killebrew
Matthew J. Donnelly
Emily M. Savner
Katharine F. Towt
Corey M. Sanders
Noah D. Sacks
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Attorneys for Plaintiff United States of America


/s/ Holly McGee
Holly McGee