IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> Town of Colorado City, Arizona, et al., ) <br> ) <br> Defendants. ) <br> _____) | No. 3:12-cv-8123-HRH <br> (Prescott Division) |

O R D E R

Case Status

The court is in receipt of the report of counsel (Docket No. 1203) for Colorado City which updates the court on the parties' discussions about revising the Police Consultant's contract. Colorado City proposes to engage in informal, direct discussions with the Police Consultant with a view towards informally resolving questions which have arisen about duplicative work.

Colorado City reports that it has informed plaintiff of the foregoing; and on the condition that plaintiff does not object, the court approves Colorado City's proposal to engage in direct, <u>ex parte</u> discussions with the Police Consultant.

The court looks forward to receiving Colorado City's further report on the foregoing on or about **December 1, 2021**.

DATED at Anchorage, Alaska, this  3rd  day of November, 2021.

/s/ H. Russel Holland
United States District Judge

Order – Case Status - 1 -