Jeffrey C. Matura, State Bar No. 019893
Melissa J. England, State Bar No. 022783
**Barrett & Matura, P.C.**
8925 East Pima Center Parkway, Suite 215
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5710
jmatura@barrettmatura.com
mengland@barrettmatura.com

Attorneys for Defendant Town of Colorado City

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | Case No. CV-12-8123-PCT-HRH |
|---|---|
| Plaintiff, | **DEFENDANT TOWN OF COLORADO CITY'S STATUS UPDATE REGARDING POLICE CONSULTANT CONTRACT** |
| v. | |
| Town of Colorado City, Arizona; City of Hildale, Utah; and Twin City Water Authority, Inc., | |
| Defendants. | |

Pursuant to the Court's prior orders, the Town of Colorado City provides the following update regarding the status of the Police Consultant's contract.

On November 3, 2021, Vance Barlow, who is the Town Manager for Colorado City, met with Jim Keith, who is the Court-appointed Police Consultant. The purpose of the meeting was to discuss the terms and scope of the Police Consultant's work, as set forth in the Court's prior Injunction [Doc. 1053] and the contract between the Police Consultant and Colorado City.

The meeting was very productive. The topics discussed included, but were not limited to, Mr. Keith's completion of the following tasks: (i) policy updates for the Colorado City Marshal's Office ("CCMO"); (ii) training of the CCMO officers; (iii) the implementation of body worn cameras by the CCMO officers; (iv) introductions to other law enforcement agencies to create better and long-standing relationships; (v) the hiring of

new CCMO officers; (vi) periodic audits of calls-for-service to the CCMO and a review of the recordkeeping by the CCMO officers; and (vii) monthly meetings with the Chief Marshal of the CCMO.

Mr. Barlow also expressed Colorado City's concern about avoiding duplicative efforts between Mr. Keith and Roger Carter, who is the Court-appointed Monitor. Mr. Keith expressed his understanding of the concern and agreed to be cognizant of the issue and avoid performing services outside the scope of the Court's Injunction and his contract, unless requested by Colorado City or Hildale. If Mr. Carter requests that Mr. Keith perform services outside the scope of the Injunction or his contract (which is not anticipated), Mr. Keith agreed to raise the issue with Colorado City, Hildale, and Mr. Carter to make sure duplicative efforts are avoided and costs are controlled.

Colorado City believes that its concerns about avoiding duplicative work have now been resolved and it no longer seeks an amendment to the Police Consultant's contract. Colorado City also believes it can work through any issues that may arise in the future by meeting with Mr. Keith, Mr. Carter, and, where appropriate, representatives from the Department of Justice. Colorado City appreciates everyone's efforts in handling this issue and is glad that a resolution was reached without requiring further Court involvement.

Dated on November 29, 2021

BARRETT & MATURA, P.C.

By: /s/ Jeffrey C. Matura
     Jeffrey C. Matura
     Melissa J. England
     8925 East Pima Center Pkwy, Suite 215
     Scottsdale, Arizona 85258
     Attorneys for Defendant Town of
     Colorado City, Arizona

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Steven H. Rosenbaum
Sameena Shina Majeed
R. Tamar Hagler
Paul Killebrew
Matthew J. Donnelly
Emily M. Savner
Katharine F. Towt
Corey M. Sanders
Noah D. Sacks
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Attorneys for Plaintiff United States of America


/s/ Holly McGee
Holly McGee