IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                )
                                          )
                              Plaintiff,  )
                                          )
        vs.                               )
                                          )
Town of Colorado City, Arizona,  et al.,  )          No. 3:12-cv-8123-HRH
                                          )          (Prescott Division)
                            Defendants.   )
                                          )
_____       )

O R D E R

Status Report

The court is in receipt of Colorado City's updated status report.[1]

The Colorado City report is approved and, based thereon, the court concludes that Colorado City's concerns about avoiding duplicative work undertaken by the court-appointed Police Consultant and Court Monitor has been resolved.  No further reports are required on this subject.

The court deems Colorado City's willingness to engage in face-to-face communications for purposes of resolving matters such as that described in Colorado City's current status report to be a significant step forward in the long-term resolution of the problems which gave rise to this litigation.  The court compliments the parties and encourages them

_____

[1]Docket No. 1206.

to continue to engage in face-to-face communications whenever issues of the town's

performance under the court's judgment and decree arise.

DATED at Anchorage, Alaska, this  30th  day of November, 2021.


/s/ H. Russel Holland
United States District Judge