**Date: April 26, 2022**

**To: United States District Court for the District of Arizona**

**From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office**

**Re: No. 3:12-cv-8123-HRH (Prescott Division). Bi-Annual Report, Requested May 1, 2022**

As requested by the court, the following is a summary of the work that continues to be been done to enhance the service the Marshals office provides to the Hildale/Colorado City community.

The Marshals office building renovation is nearly complete. They have achieved many of the outcomes they desired by having a new police service building that was updated, professional, and inviting to the general. They are continuing to grow and develop the partnerships and relationships within the communities they serve.

Chief Radley continues to meet with many of the surrounding agencies and other federal, state, and local administrators to maintain and enhance the partnerships that have been developed. Trust and confidence continue to grow with these partners as they see the positive changes occurring within the department and community.

The new computer aided dispatch and report writing systems has been completed. The staff have been trained on the new system which has been in place since the third week in March. They are continuing learn the new system. This new system will enhance data collection, retrieval of, and reporting to outside agencies, as well as, enhance the report writing capabilities of the department. The Colorado City Dispatch Center is now on line with the surrounding agencies and the new system will enhance the information sharing, transparency, and communication capabilities of their efforts.

The reports are improving; however, they continue to be an area that needs to be monitored, specifically within the demographic data capturing portion of the report. The concern with supplemental reports that was mentioned in the last report are improving. The following are some reoccurring issues within the reports that still need attention:
- Personal/Demographic information missing on listed complainants, involved parties, offenders, and properties. This should improve with the new system now in place, as there are checks and balances to help ensure those missing areas are completed by the officers before moving forward. The Chief has scheduled a meeting with his staff in the near future where the needs in this area will be discussed.

Once these areas are improved, will directly impact the accuracy of data both internally and shared with other federal, state and local partners. This information could directly impact efforts towards intelligence led or community policing efforts in the future.

The Chief continues to work on these areas with his staff and we are seeing improvement. There is still real value in reviewing and auditing these reports as it continues to help the

Chief identify areas that are deficient or need attention. The Chief is working hard to enhance the professional policing services the department is providing to this community.

The department continues to enhance their training efforts inside and outside the agency. The respect with outside agencies continues to grow.

Chief Radley and I continue to review and update policy. This effort will continue into the future as we work to grow and enhance the department.

The Marshal's office is not fully staffed. They have one deputy position open. We have begun the recruiting and hiring process to fill that position. The department did not receive any applicants. The position has been reposted and efforts continue in the recruiting process. The lack of competitive benefits with surrounding agencies, health care, retirement contributions and wages continue to be a factor in an already challenging environment, in attracting/recruiting new or tenured deputies to the department.

We are hopeful that our efforts with relationship/partnership development will help address our personnel hiring concerns and enhance our ability to attract tenured and newly qualified officers in the near future.

The court monitor and I held our first community meeting and we feel it was very positive. I have also shared with the Chief the positive outcomes that he and his department would see from hosting community meetings.

The efforts put forth by the Chief, deputies and civilian staff will continue enhancing the services provided to the community, while developing trust and confidence.

Please let me know if you have any questions?