IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                    )
                                             )
                              Plaintiff,     )
                                             )
        vs.                                  )
                                             )
Town of Colorado City, Arizona,  et al.,     )        No. 3:12-cv-8123-HRH
                                             )        (Prescott Division)
                            Defendants.      )
_____  )

O R D E R

Court Monitor and Police Consultant Reporting

The court is in receipt of the semi-annual reports of the Court Monitor and Police

Consultant.[1]  It is the court's overall impression that Colorado City and Hilldale continue

to make good progress in complying with the court's judgment and decree and in moving

past technical compliance in the direction of openness and trust between residents and city

officials and marshals.

The court addresses first the April 26, 2022, report of the Police Consultant.

The Police Consultant reports no technical compliance issues.  He reports that trust

and confidence continue to grow between the community and the CCMO.

With the completion of the computer-aided dispatch and report writing systems, the

Police Consultant and the court look forward to continuing improvement in report writing

and improvement between the CCMO and other law enforcement agencies.  The Police

---

[1]Docket Nos. 1208 and 1208-1.

Consultant suggests and the court endorses building upon the computer-aided dispatch and report writing system to the end that community policing concepts be developed and implemented.

CCMO staffing continues to be a matter of concern.  While the improvement in relationships between the CCMO and other law enforcement agencies may be helpful for purposes of CCMO staffing, the fact that CCMO officers apparently do not enjoy a competitive pay and benefits schedule will continue to make recruitment of new officers difficult.  The court expects the Police Consultant to continue monitoring this situation and, when next reporting to the court, the Police Consultant will please address the question of how serious the situation is, and the Police Consultant's thoughts on what might be done to improve the situation.

The court now turns to the May 2, 2022, report of the Court Monitor.

The Court Monitor reports that the towns are currently in compliance with the court's Policing Act orders.  The Court Monitor reports that the towns have completed all specific orders contained in the court's judgment and decree.  However, it is noted that in some respects, the towns are tardy in posting meeting minutes.  The court encourages the Court Monitor to work with town officials to improve this situation, perhaps by clarifying the town's policies as to "who" is to do the posting and specifically "when" it should be accomplished.

The Court Monitor reports that mandatory education and training efforts have been successful.  The Court Monitor reports that records audits have disclosed no discrepancies. The court is pleased to hear that the UEP has been involved in promoting injunction training.

The current report of the Court Monitor, under the heading of "Public Involvement and Future Monitoring," embarks upon a lengthy discussion of the Court Monitor's efforts to ensure the long term sustainability of the towns. The court is encouraged not only by the Court Monitor's outreach to the community, but, more importantly, the court is encouraged by the Court Monitor's report of broad community responses to the Court Monitor's Facebook page and the consultant's first public open house. Following the successful open house, the Court Monitor reports that he will convene a "stakeholder engagement" meeting in June. The court strongly endorses the Court Monitor's efforts at enhancing the transparency and inclusivity within the towns of Colorado City and Hilldale.

Finally, the Court Monitor advises that he will establish an effective measurement to gauge growth and improvement in community trust, participation, and roles. That sounds to the court like a difficult measuring tool to develop. Nevertheless, the court looks forward to the results of the Court Monitor's efforts to increase interactions between the towns and their officials and third-party agencies such as the UEP and county attorneys, on the one hand, and the general public on the other hand.

The court looks forward to receiving the Court Monitor's November 2, 2022, updated report.

DATED at Anchorage, Alaska, this  12th  day of May, 2022.

/s/ H. Russel Holland
United States District Judge