Date: November 1, 2022
To: United States District Court for the District of Arizona
From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office
Re: No. 3:12-cv-8123-HRH (Prescott Division). Bi-Annual Report, Requested November 1, 2022

As requested by the court, the following is a summary of the work that continues to be been done to enhance the service the Marshals office provides to the Hildale/Colorado City community.

V.B (3) (a) Policies and Procedures

The policy and procedure manuals are issued. They are updated as needed when Lexipol updates are issued based on legislative action/best practices and requests made by the Chief.

V.B (3) (b) Hiring

Hiring and retention continue to be challenging.  The two main reasons, for this agency specifically is they still do not have a competitive benefit package, to include no retirement contribution for the officers/staff. In addition to the lack of interest being seen around the country in this profession has created some real challenges, not only for hiring but for retention, as those who are hired at CCMO move to another agency with better benefits when they can.

The CCMO is still down officers.  They have 11 positions with 8 being filled. We have conducted a recent testing for new officers where we had five scheduled to test and three showed up.  One of these applicants is currently in the background process. This will continue to be an issue for the above listed reasons, as well as, the cities are seeing new growth which will require additional officers to be hired.

V.B (3) (c) Internal Affairs Policy and Procedures

The internal affairs policy is in place and being used as needed.  There have been two I/A reports so far in 2022. One for insubordination and the other for a pursuit policy violation.

V.B (3) (d) Review of Policies and Procedures

There is ongoing training on policies as they are updated, and throughout the year on all policies by in person training and daily training bulletins as needed and requested by the Chief.  The following is information issued by the Lexipol policy group which gives a general look at the status of the overall policy tools available.  Going from basically no policies, or at least none that were being adhered to when we started this process, there has been significant improvement made in this area.   There are policies in the Lexipol package that are not being used by this department for various reasons which impact the percentage on policies issued (77%). There is bronze, silver and gold status rating available

from Lexipol based on overall department use.  The department continues to work towards higher recognition.

| Metric | September 2022 | August 2022 | July 2022 |
|---|---|---|---|
| Performance Level | Bronze | Bronze | Bronze |
| Policies Issued | 77% | 77% | 77% |
| Updates Pending | 0 | 6 | 6 |
| DTBs Issued | 100% | 108% | 100% |
| Policies Acknowledged | 40% | 40% | 40% |
| DTBs Completed | 56% | 58% | 61% |

V.B (3) (e) Body Worn Camera Implementation

The body worn camera program has been a bit challenging over the last year as the cameras that were initially implemented began having issues.  They have reached the end of their life cycle and need to be replaced.  They have been sharing cameras amongst officers so they could make sure they had a functional camera while on duty.  The body worn cameras are being used appropriately as dictated by policy. There have been a few incidents where they have malfunctioned and/or operational errors by the officer. They are continuing to grow and develop with this process. The new technology with the new system purchased recently will greatly enhance this program and should rectify any deficiencies they were having because of the malfunctioning equipment.

The Chief has been working with funding issues and selection of a new platform for new body worn cameras.  They have purchased the AXON system and equipment that will be compatible with some of their other equipment.

This was approved last month and the training for the new camera system was completed on October 18th.  The new cameras have been issued to each officer and are functioning as expected.

We will continue reviewing body worn camera footage, as it is critical in our effort to evaluate the services provided in the field and report writing.

V.B (3) (f) Annual Training regarding First, Fourth, and Fourteenth Amendments, the State and Federal Fair Housing ACTS, Landlord/tenant law, Trespass law and any other topics deemed appropriate.

This training is ongoing and the department is meeting the requirements of the injunction. There is other training that the department and Chief have requested and have fulfilled throughout the last six months as well.  Outside agency partnerships with training, continue to occur and be developed on a regular basis. There have been several trainings conducted at the CCMO where outside agencies have participated in the training. The Chief

has requested that I provide some training on report writing for the department next month.

V.B (3) (g) Relationship development with Mohave and Washington County Departments

The relationship development with all outside agencies is good and continues to grow. The Chief and his staff have a good working relationship with both County Sheriff's and their departments. The County Attorney offices have good working relationships with the CCMO as well. There has been training at CCMO provided by both of these counties.

Other areas of emphasis that are being worked on to enhance the overall quality of services provided to the communities by the CCMO.

The Marshals office new building renovation is nearly complete. They have achieved many of the outcomes they desired by having a new police services building that was updated, professional, and inviting to the general public. They still have some modifications that need to be finished up/done with locks and cameras in the facility. They are continuing to grow and develop the partnerships and relationships within the communities they serve. This relocation has had a significant positive impact on community members visiting the CCMO office.

Report writing continues to be a challenge in reference to the following areas:

- Consistency
- Completeness
- Supplemental reports
- Complainant information
- Follow up/follow through
- When or when not to use a long form or short form report

    Specifically, with the following codes that are used:

- Nature
- Disposition
- Involvements

These topics will all be covered in the upcoming training requested by the Chief noted above. This training is scheduled for November 8, 2022. The new CAD/report system is in place and this has undoubtedly impacted some of these areas as they get use to the new formats in the new system. The Chief has communicated his desire to get these deficiencies addressed and corrected in a timely manner. We will be looking at the specific areas listed above moving forward and will be able to report in more specific detail the improvements and/or deficiencies as we continue to monitor this area. Accurate, complete, and

consistent reporting is the key to transparency and the ability to give an accurate account of what the department is doing and accomplishing.  Ultimately leading to better transparency, accountability, trust, and confidence within the community.

The new computer aided dispatch and reporting system has also enhanced the level of service and internal processes for the dispatch center.  We will continue to monitor these processes and efforts moving forward as they relate to the police services. The Colorado City Dispatch Center is now on line with the surrounding agencies and the new system will enhance the information sharing, transparency, and communication capabilities. There are additional efforts being worked on by the Chief to enhance some additional equipment and communication efforts in the dispatch center locally and regionally.

The CCMO is in the process of changing the title/name of the agency from a Marshal's office to a Police Department.   This is in large part due to the requirement/changes made in both Arizona and Utah at the state level.

The efforts put forth by the Chief, deputies and civilian staff continue to enhance the services provided to the community, while developing trust and confidence.

The Police Consultant looks forward to the continued work with these communities in an effort to help them enhance the overall quality of life they enjoy.