**Date: May 1, 2023**
**To: United States District Court for the District of Arizona**
**From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office Re: No. 3:12-cv-8123-HRH (Prescott Division). Bi-Annual Report, Requested May 1, 2023**

The name of this department has recently been changed to the Colorado City Police Department. It was requested by both states (AZ & UT) to be changed, as well as, the Chief felt it would be a good time to rebrand with the changes in the police services that have occurred. This name change has been positive with the community as well. As requested by the court, the following is a summary of the work that continues to be been done to enhance the services the Police department provides to the Hildale/Colorado City community.

V.B (3) (a) Policies and Procedures

We are currently changing the policy manual to reflect the name change mentioned above. This also requires the designations be changed from deputy to officer etc... Once this is completed it will be re-issued.

V.B (3) (b) Hiring

Although hiring and retention continue to be challenging.  The cities have made some efforts in the last few months to evaluate what it will actually cost and what steps need to be done to participate in the retirement system. The city manager is hopeful that they will be able to start to move forward with some form of retirement contribution in this next fiscal year. There are two main reasons this agency continues to struggle with hiring and retention. 1, they still do not have a competitive benefit package that includes retirement contribution for the officers/staff. 2, we are still seeing a lack of interest around the country with individuals wanting to become part of this profession. This not only impacts hiring, it also has a direct impact on retention, as those who are hired at CCPD move to other agencies with better benefits. Other local agencies are communicating with CCPD officers and trying to recruit them to fill their vacancies as well. With positions not being able to be filled in a timely manner it also impacts mentoring/teaching and the level of service the supervisors are able to provide to less experienced officers, as it alters their shifts/efforts to meet coverage requirements.

The CCPD is still down three officers.  They now have twelve positions with nine being filled. There are two applicants currently in the background process. One of them is planning to start the first part of May.  Upon completing the background process the other applicant will be hired within the next couple months, he is trying to move his family to the area.  They recently received a grant to hire a School Resource Officer for the Utah school in this community. The hiring process for the school resource officer mentioned above will be advertised at that time, in hopes to attract additional candidates. Hiring and retention will

continue to be challenging for the department and city until they become more competitive in the above listed areas. The cities are seeing new growth which will also require hiring additional officers. The Chief is hopeful for the changes mentioned above to be approved and implemented in the next few months.

V.B (3) (c) Internal Affairs Policy and Procedures

The internal affairs policy is in place and being used as needed. There have been no I/A's reported to me so far in 2023.

V.B (3) (d) Review of Policies and Procedures

There is ongoing training on policies as they are updated, and throughout the year on all policies by in person training and daily training bulletins as needed and requested by the Chief. The manual is updated when Lexipol issues an update because of legislative change, best practices, and the Chiefs requests that are approved.

V.B (3) (e) Body Worn Camera Implementation

As was mentioned in the last report the body worn camera program has been a bit challenging as the cameras that were initially implemented began having issues. They have reached the end of their life cycle and needed to be replaced. The new system has been purchased and the new cameras have been issued to the officers and are in use. The body worn cameras are being used appropriately as dictated by policy. As they have been getting use to the new platform there have been a few incidents where they have had operational errors by the officer, including cameras not being charged which delays their use. The Chief advised that they have recently found a better charging process to be used in the cars to help with this issue. They are continuing to grow and develop with this process. The new technology with the new system purchased will greatly enhance this program and has rectified deficiencies they were having because of the malfunctioning equipment.

I will continue to review and monitor body worn camera footage, as it is critical in our effort to evaluate the level of services provided in the field and report writing.

V.B (3) (f) Annual Training regarding First, Fourth, and Fourteenth Amendments, the State and Federal Fair Housing ACTS, Landlord/tenant law, Trespass law and any other topics deemed appropriate.

This training is ongoing and the department is meeting the requirements of the injunction. The mandated training was completed in mid-November. There are other trainings that the department and Chief have attended over the last six months. Recently they had training from the Washington County Attorney's office at the CCPD that I attended. It was specific to legal updates from recent legislative action on the Utah side, use of force (specific to when to obtain a warrant for private gated property or not, the Miranda warning, and what information is needed in probable cause statements). The training was well attended and the officers participated with good questions and discussion. The department held training

specifically on de-escalation tactics in December. The Chief reported it was received well by his staff. Outside agency partnerships with training continue to occur and be developed on a regular basis. There are trainings conducted at the CCPD that will continue to be open to outside agencies, and they are getting good participation from other agencies at these trainings. I assisted the Chief with some training on report writing that was presented to the department in November. It was well received and was specific to the basics of report writing, and the need for consistency with codes that are used within the new CAD/RMS system that will help with current and correct information to be extracted when needed.

V.B (3) (g) Relationship development with Mohave and Washington County Departments

The relationship development with all outside agencies is good and continues to grow.  The Chief and his staff have a good working relationship with both County Sheriff's and their departments. The County Attorney offices have good working relationships with the CCPD as well.  There has been training at CCPD provided by both of these counties. The partnership development at the federal level is also going very well.  They have worked cases with the FBI and had good results from their combined efforts.

Other areas of emphasis that are being worked on to enhance the overall quality of services provided to the communities by the CCPD.

The consultant has continued to suggest community meetings be used to enhance trust/confidence and relationship/partnership development. Police department is planning a community meeting/event that will take place in the next couple months. This will be an opportunity for the community to meet and interact with the department staff in a more casual environment, that will continue growing their relationships and partnerships. The Chief has not set a date for this event yet.

Some modifications still need to be finished up/done with in the facility.

There has been improvement with the report writing since our last report, however there continues to be challenges in reference to the following areas:

- Consistency
- Completeness
- Supplemental reports
- Complainant information
- Follow up/follow through
- Coding for the nature and disposition of reports

These topics were discussed in the training that was done with the department on November 8, 2022.  The new CAD/RMS system is in place and has improved their efforts in many of these areas.  The Chief continues his efforts working with his supervisors and staff to get these deficiencies addressed and corrected. They are working with the vendor for the new CAD/RMS system to see if they can communicate better with each other in an

effort to mitigate some of the above deficiencies. We will continue to monitor the report writing efforts to help provide feedback that will enhance the accuracy and completeness of the final product produced. Ultimately this will enhance the transparency, accountability, trust, and confidence within the community.

We will continue to monitor the dispatch processes and efforts moving forward as they relate to the police services. The Chief continues his efforts to enhance some additional equipment and communication efforts in the dispatch center locally and regionally.

The Chief reported recently that a digital ticketing software and Power DMS (Software designed to assist with policy management, hiring, equipment and training documentation/tracking) will be implemented in the near future. The department is also engaged in the accreditation process with both Arizona and Utah chiefs of police associations. These will have a direct impact on enhancing this departments quality of service and work product moving forward.

The Chief attended and participated in our Stakeholder engagement meeting that was held on 11-10-22. The meeting was well attended and turned out to be very productive and positive based on stakeholder's comments and interaction.

The consultant will continue to work with the Chief on following up and following through with requests/needs and services with the department and community.

The consultant met with the Monitor and both cities' Mayors and city managers for in person updates that are proving to be valuable during this reporting period. These meetings will continue to occur moving forward.

The efforts put forth by the Chief, the officers and civilian staff continue to enhance the services provided by this department. They are continuing to progress in the level of service they are providing, with little to no regression. They are continuing to see the trust and confidence develop with community members from their efforts as well.

The Police Consultant looks forward to the continued work with the Police Department and these communities in an effort to help them enhance their overall quality of life.