IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                                                      )<br>                            Plaintiff,  )<br>                                                      )<br>   vs.                                               )<br>                                                      )<br>Town of Colorado City, Arizona, et al., )<br>                                                      )<br>                            Defendants. )<br>_____ ) | No. 3:12-cv-8123-HRH<br>(Prescott Division) |

O R D E R

Case Status

    The court is in receipt of Court Monitor Carter's supplemental report of May 17, 2023.[1]  The court appreciates the Court Monitor's clarification of his concerns about the availability and posting of Colorado City and Hildale meeting minutes.

    The Court Monitor reminds the court that the availability of meeting minutes has been a problem since November of 2021.  The Cities have made good progress in many areas.  The court is aware of no good reason why the availability of meeting minutes should present an exceptional problem.  The Cities need to identify the persons responsible for the posting of minutes under clear instruction as to when minutes are to be available.

    The Court Monitor reports that the Cities have agreed to resolve the deficiencies concerning the posting of meeting minutes by June 30, 2023.  That is acceptable to the

---

[1] Docket No. 1215.

court.  However, the Cities must be aware of the fact that the posting of meeting minutes is a continuing obligation.

The Court Monitor will please provide the court with a further supplemental report on or before **July 12, 2023**.  That report will please include reporting with respect to steps to be taken by the Cities to assure the prompt posting of future meeting minutes.

DATED at Anchorage, Alaska, this  18th  day of May, 2023.

/s/ H. Russel Holland
United States District Judge