UNITED STATES OF AMERICA vs. TOWN OF COLORADO CITY, ARIZONA, et al.

No. 3:12-cv-8123-HRH (Prescott Division)

July 7, 2023

To: United States District Court for the District of Arizona

From: Roger Carter, Court Monitor

**Re: Supplemental report on the May 2023 Monitoring Report for the cities of Colorado City, Arizona, and Hildale, Utah.**

The Monitor is pleased to provide this supplemental report in response to the Court's May 18, 2023, request for additional information on the posting of Colorado City and Hildale meeting minutes. The Court asked that the Cities outline the steps that they would be taking to "assure the prompt posting of future meeting minutes" and "identify the persons responsible for the posting of minutes…."

The Monitor is pleased to report that at the filing of this report, the communities of Colorado City and Hildale have completely posted all city council and planning commission minutes on their public website for the past several years. The Cities have assured the Monitor that future meeting minutes will be posted immediately upon adoption of the minutes by these public bodies. The previous meeting minutes are typically adopted at the next regularly scheduled public governing body meeting. The Cities have committed to publicly posting these minutes at that time. Additionally, Colorado City has designated Rosie White, Town Clerk, to be responsible for posting their minutes, and Hildale has appointed Sirene Barlow, City Recorder, to post their city's minutes. The Monitor will work directly with these individuals to ensure their continued compliance in this important area of the Court Order.

The Monitor and Cities thank the Court for its patience and guidance on this topic. The Monitor will provide the Court with an update on their posting compliance at the next regularly scheduled Court Monitor Report on November 1, 2023, and in subsequent reports.

DATED at Washington City, Utah, this 7th day of July, 2023.

                                                Roger Carter
                                                Court Monitor