IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Town of Colorado City, Arizona, et al., )<br>)<br>Defendants. )<br>_____) | No. 3:12-cv-8123-HRH<br>(Prescott Division) |

O R D E R

Case Status

The court is in receipt of the Court Monitor's supplemental report of July 7, 2023, 2023.[1] The Court Monitor's report is approved. The actions taken by the Court Monitor and representatives of the Cities satisfy the court's concerns about the posting of meeting minutes.

The court looks forward to the Court Monitor's November 1, 2023, report which will update the court on the posting situation as well as other matters that the Cities and/or the Court Monitor wish to bring to the court's attention.

DATED at Anchorage, Alaska, this  18th  day of July, 2023.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 1217.

ORDER – Case Status                                                                                      - 1 -