**Date: October 30, 2023**
**To: United States District Court for the District of Arizona**
**From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office**
**Re: No. 3:12-cv-8123-HRH (Prescott Division). Bi-Annual Report, Requested November 1, 2023**

As requested by the court, the following is a summary of the work that continues to be done to enhance the service the Police department provides to the Colorado/Hildale City community. The rebranding of the police department is complete. The vehicles, uniforms and documents moving forward will reflect the name change from, the Colorado City Marshals Office to the Colorado City Police Department, as part of this process.

V.B (3) (a) Policies and Procedures

The policy manual name change has been completed; it now reflects the new name Colorado City Police Department. The policies continue to be updated as needed when Lexipol updates are issued based on legislative action/best practices and requests made by the Chief.

V.B (3) (b) Hiring

Hiring and retention continue to be challenging. However, since our last report, Colorado City has begun the process to participate in the state retirement system. There are some unforeseen challenges that have come up that they are trying to work through. The city manager is still hopeful that they will be able to start to move forward with some form of retirement in the future. The two main reasons this agency continues to struggle are, they still do not have a competitive benefit package, to include no retirement contribution for the officers/staff; we still see a lack of interest around the country to become part of this profession. This not only impacts hiring, it also has a direct impact on retention. This directly impacts mentoring/teaching, and the level of service the supervisors are able to provide to less experienced officers.

It should be noted that for the first time since our involvement with CCPD, they are fully staffed to include 2 school resource officers. All officers finally being certified as law enforcement officers in both Utah and Arizona. This alone will enhance the level of service provided to these communities.

Hiring and retention will continue to be challenging for the department and city until they become more competitive in the above listed areas. The cities are seeing new growth which will also require hiring additional officers.

V.B (3) (c) Internal Affairs Policy and Procedures

The internal affairs policy is in place and is being used as needed.

V.B (3) (d) Review of Policies and Procedures

The policies have been updated to reflect the name change to the Colorado City Police Department. There is ongoing training on policies as they are updated, and throughout the year on all policies by in person training, daily training bulletins, and requestes by the Chief.  The manual is updated when Lexipol issues an update because of legislative change, best practices, and Chief's requests that are approved. The policy with the new name will be issued in the next month.

V.B (3) (e) Body Worn Camera Implementation

The new cameras have been issued to the officers and are in use. The body worn cameras are being used appropriately as dictated by policy.  There continues to be some operational errors by the officers, including not being charged properly, not consistently putting in the incident report the use, or why not used, of the camera, and occasionally forgetting to turn them on. The consultant continues to work with the Chief to enhance this process and minimize these operator error. The consultant recently attended a department staff meeting and shared the importance of the BWC with all the officers and reinforced the Chiefs effort to minimize the operator error's. They are continuing to grow and develop with the new body worn camera system. It has definitely enhanced the program and has rectified deficiencies they were having because of the old equipment.

I will continue to review and monitor body worn camera footage, as it is critical in our effort to evaluate the level of services provided in the field and report writing.

V.B (3) (f) Annual Training regarding First, Fourth, and Fourteenth Amendments, the State and Federal Fair Housing ACTS, Landlord/tenant law, Trespass law and any other topics deemed appropriate.

This training is ongoing and the department is meeting the requirements of the injunction. The annual injunction training was conducted in September at the CCPD for all city employees. They continue to attend other trainings that the department sponsors, as well as with other agencies. Recently they had training at their department in the areas of Officer Overall Wellness, Mental Wellness, Peer Support, and specific training dealing with Decision Making. The consultant attended the decision-making training which included scenario-based training and a discussion on hand-cuffing techniques. The training was attended by all officers and the officers participated with good questions, discussion, and feedback from the outside instructors. Outside agency partnerships with training continue to occur on a regular basis. This continues to enhance the trust and confidence with outside partners.

The CCPD with the request of the Chief to AZ Peace Officers Standards and Training, has been given authorization to do some of the mandatory annual training at their location.

Other departments in the area that require this training will also be able to use their facility and resources to complete this annual training requirement.

<u>V.B (3) (g) Relationship development with Mohave and Washington County Departments</u>

Relationship development with all outside agencies is very positive.  The Chief and his staff continue to enhance and currently have good working relationships with all surrounding agencies. Both County Attorney offices relationships are good with the CCPD as well and continue to provide feedback and deliver training to the department. The partnership development at the federal level is also going very well.  They have worked cases with several federal partners and have good results from their combined efforts as well.

<u>Other areas of emphasis that are being worked on to enhance the overall quality of services provided to the communities by the CCPD.</u>

The consultant has continued to suggest community meetings be used to enhance trust/confidence and relationship/partnership development. The Police department held two of these during this reporting period. Both of which were received very positively by the community and continued to grow the trust confidence and partnerships between them. One was held on July 4th, and the other held in October. The community engagement event on July 4th was a dance activity held in front of the police department. A majority of the officers attended, not only providing services, but also participating in the festivities. The "Fall Street Fest" on October 7th was a dance combined with vendors, and the police officers prepared and provided chicago dogs and water to the community members.  They also participated in the festivities at this community engagement event.  They had approximately 450 participants to include elected officials (both Mayors from the 2 cities attended).  All segments of the community were well represented. Feedback from the community has been very positive. This was such a success that the police department will plan on this event occurring annually. This engagement event was also held in front of the police department. The department continues to develop, foster, and enhance relationships and partnerships within the community.

There are still some modifications on the police department facility that have not been finished as of yet.  The Chief is hopeful they will occur in the next few months and the initial project will be finished.

There continues to be progress/improvement with report writing. However, the consultant is working with the Chief and staff in helping with these challenges.  The following areas continue to need improvement:

- Consistency
- Completeness
- Supplemental reports
- Follow up/follow through
- Coding for the nature, disposition and clearance codes of reports

The consultant attended a staff meeting in October where the Chief and consultant reinforced/discussed the above areas that need to be enhanced. The new CAD/RMS system continues to enhance these services provided. The Chief has asked the consultant to assist him in a training with his supervisors in the above topics and with BWC resources that will occur in the near future. We will continue to monitor the report writing efforts to help provide feedback that will enhance the accuracy and completeness of the final product produced. Ultimately this will enhance the transparency, accountability, trust, and confidence within the community.

The consultant will continue to monitor the dispatch processes and efforts moving forward as they relate to the police services.

New infrastructure has been installed to enhance radio communications in the area inside the department and with outside agencies. The Chief continues to enhance the communication efforts in the dispatch center locally and regionally.

The Power DMS software designed to assist with policy management, hiring, equipment and training documentation/tracking, mentioned in the last report has been installed. They are planning to roll it out and start using it during this next quarter. The accreditation process with both Arizona and Utah chiefs of police associations mentioned in the last report, is still ongoing. This will have a direct positive impact on this department's quality of service and work product provided to the communities.

The consultant will continue to work with the Chief on following up and following through with requests/needs/services with the department and community.

During this reporting period the consultant met with the Monitor, the Mayors and managers of both cities, these meetings continue to be valuable. These meetings will continue to occur moving forward.

The two community events that the department participated in during this reporting period highlight the efforts the Chief, the officers and civilian staff are continuing to put forward with regard to relationship/partnership development. They are continuing to see the trust and confidence build and grow with community members from their efforts.

The Police Consultant looks forward to the continued efforts with the Police Department and these communities, to help them enhance the overall quality of life they are able to grow and enjoy.