**UNITED STATES OF AMERICA vs. TOWN OF COLORADO CITY, ARIZONA, et al.**

**No. 3:12-cv-8123-HRH (Prescott Division)**

January 8, 2024

To: United States District Court for the District of Arizona

From: Roger Carter, Court Monitor

**Re: Supplemental Report on the adoption of the Culinary Water Impact Fees for the cities of Colorado City, Arizona, and Hildale, Utah.**

The purpose of this supplemental report is in response to the court's request for an agreed-upon schedule by the Court Monitor and the two communities on when the Culinary Water Impact Fee will be adopted.[1]

Significant activity has transpired regarding the Culinary Water Impact Fee ("Impact Fee") since the filing of the November 2023 Monitoring Report.[2] These activities have included providing the Monitor and United States a copy of the proposed impact fee for their review; the creation of an Infrastructure Advisory Committee in Colorado City to comply with Arizona law; responding to any concerns identified by both the Court Monitor and the Department of Justice regarding the Impact Fee, and the posting of the first set of public hearings that need to transpire for the adoption of the revised Impact Fee.

The next stages in the Impact Fee adoption process are governed by the posting, hearing, and implementation timelines established by the laws of Utah and Arizona. Although generally similar, these laws have some distinctions, making the adoption period slightly different based on the state. For this reason, I will separately identify the proposed and agreed timelines for each community.

---

[1] Docket No. 1220
[2] Docket No. 1219

**Hildale, Utah Timeline[3]**

POST NOTICE December 27, 2023 - Notice to adopt or amend a Facilities Plan - 10 days prior to Public Hearing - **Meeting on January 10, 2024**

**January 10, 2024** - Public hearing on amending or adopting a Water Facilities Plan

POST NOTICE January 30, 2023 - Posting and Public Hearing on City Adopting the Water Master Plan and certified Facilities Plan. 30 days prior Notice – **Meeting February 7, 2024**

**February 7, 2024** - Public hearing on City Adopting the Water Master Plan and certified Facilities Plan

POST NOTICE January 31, 2024 – Notice, Post and Public Hearing on the certified Impact Fee Analysis 30-day notice - **Meeting March 6, 2024**

**March 6, 2024** - Public Hearing on the certified Impact Fee

POST NOTICE March 7, 2024 – Post adoption of Impact Fees Ordinance 30 days notification – **Meeting April 10, 2024**

Impact Fees take effect 90 days after adoption. **July 10, 2024**

**Colorado City, Arizona Timeline[4]**

POST NOTICE November 9, 2023 - Notice to adopt or amend a Facilities Plan - 60 days prior to Public Hearing - **Meeting on January 8, 2024**

*January 8, 2024* - Public hearing on land use assumptions and infrastructure plan

**February 12, 2024** - Adoption of land use assumptions and infrastructure plan

POST NOTICE February 13, 2024 - post notice of public hearing for impact fees At least 30 days - **Meeting on March 14 or 15, 2024**

*March 14 or 15, 2024* - Second public hearing on impact fees - 30 days minimum prior to adoption - **Meeting on April 15, 2024**

---

[3] UCA 11-36a
[4] ARS 9-463.05

**April 15, 2024** -Adoption of impact fees

Impact Fees take effect 75 days after adoption. **June 28, 2024**

**<u>Final Adoption of Impact Fees</u>**

   Both Arizona and Utah require that once the cities have complied with the posting, hearing, and action requirements ("adoption period"), there is a "wait period" before implementing the new Impact Fee. Separating the "adoption period" from the "wait period," Hildale will have completed its adoption process by **April 10, 2024,** with implementation beginning July 1, 2024. Colorado City will have completed its adoption process by **April 15, 2024,** with implementation starting June 28, 2024.

   The Court Monitor accepts this timeline and encourages the Cities to stay vigilant on these dates and requirements. Furthermore, the Monitor cautions the Cities not to use Monitor or Court vigilance over this item to minimize or influence, in any way, public hearing feedback, discussion, or follow-up.

   DATED, this 8th day of January, 2024.

              _____
              Court Monitor