IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,
                        Plaintiff,

vs.

Town of Colorado City, Arizona, et al.,     No. 3:12-cv-8123-HRH
                       (Prescott Division)
                        Defendants.

O R D E R

Water Impact Fees

The court is in receipt of the Court Monitor's supplemental report of January 8, 2024.[1] The Court Monitor's report arrived at a time when the court was on annual leave.

The Court Monitor's report of January 8, 2024, has satisfactorily addressed the court's concerns regarding fees for culinary water supply in the Cities. The calendar which the parties have proposed is approved.

The court will look for an update on the culinary water supply issue in the Court Monitor's next periodic report which is due on or about May 1, 2024.

DATED at Anchorage, Alaska, this  6th  day of February, 2024.

                                                /s/ H. Russel Holland
                                                United States District Judge

---

[1] Docket No. 1221.