Date: April 30, 2024
To: United States District Court for the District of Arizona
From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office
Re: No. 3:12-cv-8123-HRH (Prescott Division). Bi-Annual Report, Requested May 1, 2024

As requested by the court, the following is a summary of the work that continues to be done to enhance the service the Police Department provides to the Colorado City/Hildale community.

<u>V.B (3) (a) Policies and Procedures</u>

The policies continue to be updated as needed when Lexipol updates are issued based on legislative action/best practices and requests made by the Chief.

<u>V.B (3) (b) Hiring</u>

Hiring and retention continue to be challenging. However, since our last report, Colorado City has begun the process to participate in the state retirement system. There are some unforeseen challenges that have come up that they are still trying to work through. They found out they had to apply with Social Security before they could begin the process with the AZ retirement system. This has been done and the process with the retirement system is being worked on. The city manager is still hopeful that they will be able to start to move forward with some form of retirement in the end of the year. The two main reasons this agency continues to struggle are, they do not have a competitive benefit package, to include no retirement contribution for the officers/staff; although it seems to be changing, we still see a lack of interest around the country to become part of this profession. This not only impacts hiring, it also has a direct impact on retention. This directly impacts mentoring/teaching, and the level of service the supervisors are able to provide to less experienced officers.

It should be noted that CCPD has been fully staffed, however they anticipate having to replace one or two officers in the near future. All officers are currently certified as law enforcement officers in both Utah and Arizona.

Hiring and retention will continue to be challenging for the department and city until they become more competitive in the above listed areas. The cities are seeing new growth which will also require the hiring of additional officers to continue the level of service they currently provide.

<u>V.B (3) (c) Internal Affairs Policy and Procedures</u>

The internal affairs policy is in place and is used as needed.

V.B (3) (d) Review of Policies and Procedures

There is ongoing training on policies as they are updated, and throughout the year on all policies by in person training, daily training bulletins, and requestes by the Chief. The manual is updated when Lexipol issues an update because of legislative change, best practices, and Chief's requests that are approved. The review and update of policy will continue to be part of our efforts to enhance the services this department provides to both communities.

V.B (3) (e) Body Worn Camera Implementation

The body worn cameras are being used appropriately as dictated by policy. As noted before there continues to be some operational errors by the officers, including not being charged properly, consistent coding, noting in the incident report the use or non us of the camera, and occasionally forgetting to turn them on. All of the above listed are being worked on and they are showing improvement. The consultant continues to work with the Chief to enhance this process and minimize the operator errors. They are continuing to grow and develop in this area. It has definitely enhanced their BWC program.

The consultant will continue to review and monitor body worn camera footage, along with dash camera footage as it is critical in our effort to evaluate the level of services provided in the field and report writing.

V.B (3) (f) Annual Training regarding First, Fourth, and Fourteenth Amendments, the State and Federal Fair Housing ACTS, Landlord/tenant law, Trespass law and any other topics deemed appropriate.

This training is ongoing and the department is meeting the requirements of the injunction. They continue to attend other trainings that the department sponsors, as well as with other agencies. Outside agency partnerships with training continue to occur on a regular basis. Some of the trainings that occurred with other agencies during this reporting period are as follows: Crisis Systems Teams, Victim Advocate, Defensive Tactics, Decision Making Shoot and Firearms Range Certification. Multiple outside agencies used CCPDs facilities for training as well. This continues to enhance the trust and confidence with outside partners.

V.B (3) (g) Relationship development with Mohave and Washington County Departments

Relationship development with all outside agencies continue to be positive. The Chief and his staff continue to maintain good working relationships with all surrounding agencies. Both County Attorney offices relationships are good with the CCPD as well and continue to provide feedback and deliver training to the department. The partnership development at the federal level is also going very well. They continue to work cases with several federal partners and are seeing positive results from their combined efforts.

Other areas of emphasis that are being worked on to enhance the overall quality of services provided to the communities by the CCPD.

The consultant continues to suggest community meetings be used to enhance trust/confidence and relationship/partnership development. The Police department is planning on holding the two events they did last year during the summer months. One will be held on July 4th, and the other held sometime in October. The community engagement event on July 4th will be a dance activity held in front of the police department. The "Fall Street Fest" in October will be a dance combined with vendors. They anticipate both of these events will be well attended as they were last year.

The modifications on the police department facility have not been finished as of yet. They are closer and will help with the department accreditation efforts they are currently involved in. The Chief is hopeful they will be finished in the next month or two.

There continues to be progress/improvement with report writing. However, the consultant is working with the Chief and staff in helping with these challenges. The following areas, although there is improvement, continue to be areas that lack consistency and need continued efforts to improve:

- Consistency
- Completeness
- Supplemental reports
- Follow up/follow through
- Coding for the nature, disposition and clearance codes of reports

The Chief has asked the consultant to continue assisting him with training for his supervisors and staff in the above areas. The consultant will continue to monitor their report writing efforts to help provide feedback that will enhance the accuracy and completeness of the final report. This includes follow up, follow through, supplemental reports and completeness. Ultimately in an effort to enhance the transparency, accountability, trust, and confidence within the community.

The consultant will continue to monitor the dispatch processes and efforts moving forward as they relate to the police services.

The new hand-held radios were issued and are now in use in the field. These will greatly enhance the ability for them to communicate effectively throughout their area and with surrounding agencies when working together.

The Chief continues working with other state and local agencies to enhance the communication efforts officers and the dispatch center locally and regionally.

The Power DMS software designed to assist with policy management, hiring, equipment and training documentation/tracking, that was mentioned in the last report has been implemented and currently being used by the department. The accreditation process with both Arizona and Utah Chiefs of Police Associations mentioned in the last report, is still ongoing. Once this is completed it will have a positive impact on this department's quality of service and work product provided to the communities.

The consultant will continue to work with the Chief on following up and following through with requests/needs/services with the department and community.

The consultant met with the Monitor, the Mayors and Managers of both cities, these meetings are of great value and will continue.

The consultant started doing a field review with the CCPD staff (ride along with staff) during this reporting period. This will continue as we move forward to assist with the overall monitoring & review of the services being provided to the community.

The Police Department continues to see the trust and confidence build and grow with community members from their efforts.

The Consultant looks forward to the continued efforts with the Police Department and these communities, to help them enhance the overall quality of life they are able to grow and enjoy.