IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Town of Colorado City, Arizona, et al., | ) No. 3:12-cv-8123-HRH |
| Defendants. | ) (Prescott Division) |

O R D E R

Case Status

The court is in receipt of the Court Monitor's semi-annual report of May 1, 2024, as well as the Police Consultant's report of April 30, 2024.[1] These reports were submitted in compliance with the court's April 18, 2017, Judgment and Decree Granting Injunctive Relief,[2] which requires written reports at six-month intervals as regards the Defendant Cities' compliance with the court's Judgment and Decree.

The foregoing reports are highly detailed and provide the court with an overview of the activities of the Court Monitor and Police Consultant. The reports are approved. The reports reflect good compliance with the court's Judgment and Decree; and the court again compliments the Defendant Cities and their officials as to their ongoing efforts to bring the Defendant Cities into the mainstream of rural America.

---

[1]Docket No. 1223.

[2]Docket No. 1053.

ORDER – Case Status                                                                                                           - 1 -

For over seven years since entry of the court's Judgment and Decree, Judge Holland has overseen the work of the Court Monitor and Police Consultant. Their work has far exceeded the court's expectations. The Court Monitor and Police Consultant have, in the opinion of the court, benefitted the Defendant Cities greatly.

This case is the last of the assignments to Judge Holland as a designated visiting judge to the District of Arizona. In light of the positive reports of the Court Monitor and Police Consultant and the efforts of the Defendant Cities and their officials to live up to the requirements of the court's Judgment and Decree, now would appear to be an appropriate time for oversight of compliance with the court's Judgment and Decree to be passed on to another judge. Therefore, a copy of this case status order shall be directed to the Clerk of Court with the following request:

> The Clerk of Court will please cause this case to be reassigned to another judge in service to the United States District Court for the District of Arizona for purposes of the ongoing monitoring of the Defendant Cities' compliance with the court's Judgment and Decree. In that regard, the next semi-annual reports of the Court Monitor and Police Consultant will be filed with the court on or about **November 1, 2024**.

DATED at Anchorage, Alaska, this  7th  day of May, 2024.

/s/ H. Russel Holland
United States District Judge