Date: October 31, 2024
To: United States District Court for the District of Arizona
From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office
Re: No. 3:12-cv-8123-HRH (Prescott Division). Bi-Annual Report, Requested November 1, 2024

As requested by the court, the following is a summary of the work that continues to be done to enhance the quality of service the Police Department provides to the Colorado City/Hildale community. With the change in the Judge overseeing this injunction, the consultant would be glad to provide the court with history of our efforts, specific to the police department, that have occurred during the injunction period thus far, if beneficial.

<u>V.B (3) (a) Policies and Procedures</u>

The policies are currently being reviewed by the department and accreditation staff from both the state of Arizona and Utah as part of the accreditation process the department is going through. The policies will continue to be updated by the consultant as needed when Lexipol updates are issued based on legislative action/best practices and requests made by the Chief.

<u>V.B (3) (b) Hiring</u>

This is a critical component in the survivability and sustainability of the police department. The consultant has worked with the cities since the beginning of the injunction to help them understand the importance of having an equitable and competitive retirement and healthcare benefit package.  The department will not be able to attract seasoned, experienced officers to their team without this occurring.  Hiring and retention continue to be challenging.  Colorado City has begun the process to participate in the state retirement system. There are some challenges that are continuing to be worked through. They filed for and received the actuarial information needed to better understand the monetary implications to the city, last week. The process with the retirement system is being worked on, however it needs to be a priority for the city to get completed as soon as possible. Without a competitive retirement benefit package, they will continue to have officers looking to go to neighboring departments.  This will ultimately impact the senior staff they have in the department, being the Chief, Lt and one Sgt..  The rest of the department remains relatively young in experience and knowledge because of the lack of experienced officers on shift to mentor and help them grow and develop. This not only impacts hiring, it also has a direct impact on retention. This directly impacts mentoring/teaching, and the level of service the supervisors are able to provide to less experienced officers. It simply will not be sustainable if they are not able to participate in the state retirement system in the future.

It should be noted that CCPD is fully staffed, however they anticipate having to replace one officer in the near future. All but two of the officers are currently certified as law enforcement officers in both Utah and Arizona.

Hiring and retention will continue to be challenging for the department and city until they become more competitive in the above listed areas. The cities are seeing new growth which also require the hiring of additional officers to continue the level of service they currently provide.

V.B (3) (c) Internal Affairs Policy and Procedures

The internal affairs policy is in place and is used as needed. The consultant will continue working with the Chief to enhance the timeliness of the process so it is completed in a more efficient time frame.

V.B (3) (d) Review of Policies and Procedures

There is ongoing training on all policies throughout the year by in person training, daily training bulletins, and request by the Chief. The manual is updated when Lexipol issues an update because of legislative change, best practices, and requests from the Chief. The review and update of policy will continue to be part of our efforts to enhance the services this department provides to both communities. As mentioned above the department is going through the accreditation process in both states which includes a review of certain policies.

V.B (3) (e) Body Worn Camera Implementation

The body worn cameras are being used appropriately as dictated by policy. There still continues to be some operational errors by the officers, including, noting in the incident report the use or non-use of the camera, and occasionally forgetting to turn them on. All of the above will continue to be emphasized and worked on, as they are showing improvement. The consultant continues to work with the Chief to enhance this process and minimize the operator errors. They are continuing to grow and develop in this area.

The consultant will continue to review and monitor body worn camera footage, along with in-car dash camera footage as it is critical in our effort to evaluate the level of services provided in the field and report writing. It also allows for a review of officer safety, communication with the public, decision making, and officer demeanor. All of the above allow the consultant to get a better understanding of the overall level of service being provided to these communities.

V.B (3) (f) Annual Training regarding First, Fourth, and Fourteenth Amendments, the State and Federal Fair Housing ACTS, Landlord/tenant law, Trespass law and any other topics deemed appropriate.

This training is ongoing and the department is meeting the requirements of the injunction. They continue to attend trainings sponsored by the department, as well as, with other agencies. Outside agency partnerships with training continue to occur on a regular basis. Some of the trainings that occurred during this reporting period are as follows: Officer Wellness Check In (all staff but one were able to participate), Victim Advocate, Taser

Recertification with a De-escalation component, Decision Making Shoot, and Firearms Range Certifications. Multiple outside agencies use CCPDs facilities for training as well. They trained with the following outside agencies during this reporting period: ADOT, AZDPS, as well as, other surrounding agencies. This continues to enhance the trust and confidence with outside partners.

<u>V.B (3) (g) Relationship development with Mohave and Washington County Departments</u>

Relationship development with all outside agencies continue to be positive. The Chief and his staff continue to maintain good working relationships with surrounding agencies. Both County Attorney offices relationships are good with the CCPD as well and continue to provide feedback and deliver training to the department. The partnership development at the federal level is also going very well. They continue to work cases with several federal partners and are seeing positive results from their combined efforts. The trust and confidence with outside agencies and partners are good and continues to grow.

<u>Other areas of emphasis that are being worked on to enhance the overall quality of services provided to the communities by the CCPD.</u>

The consultant continues to suggest community meetings be used to enhance trust/confidence and relationship/partnership development. The Police department has been involved in several community events during this reporting period to include: Music Festival, Color Fun Run, July 4th Parade and community event in the park, July 4th Street Dance in front of the police department, Fall Festival which included a dance in front of the police department where the PD staff cooked hamburgers etc. for the community, and a Chili Cook Off concluding with a Trunk or Treat.

The modifications on the police department facility are being completed. They have to be completed for the department accreditation process to be done. They are planning to have that process wrapped up by February 2025.

There continues to be progress and improvement with report writing. The consultant continues to work with the Chief and staff in helping with these challenges. The following areas continue to need improvement:

- Consistency
- Completeness
- Supplemental reports
- Follow up/follow through
- Coding for the nature, disposition, and clearance codes of reports

The Chief and the consultant will continue to work together to encourage improvement in these areas. The consultant will continue to monitor the report writing efforts to provide feedback that will enhance the accuracy and completeness of the final report. This includes follow up, follow through, supplemental reports and completeness. Ultimately, in an effort

to enhance the professionalism, transparency, accountability, trust, and confidence within the community, outside partners, and agencies.

The consultant will continue to monitor the dispatch processes and efforts moving forward as they relate to the police services. They continue to be enhanced to include infrastructure within the dispatch center and radio towers.The Chief continues working with other state and local agencies to enhance the communication efforts with officers and the dispatch center locally and regionally.

The accreditation process with both Arizona and Utah Chiefs of Police Associations mentioned above, is still ongoing. Once this is completed it will have a positive impact on this department's quality of service and work product provided to the communities. as well as, the operations of the department.

The consultant will continue to work with the Chief on following up and following through with requests/needs/services within the department and community.

The consultant me with the Monitor, Mayors, and Managers of both cities recently, these meetings are of great value and will continue throughout the monitoring period.

The consultant continues to do field reviews with the CCPD staff (ride along with staff). This has proven to be of great value as it gives the consultant a chance to be one on one with the officers. This will continue as we move forward to assist with the overall monitoring and review of the services being provided to the community.

Trust and confidence building with the community and other partners continues to be a major focus, as it is a significant part of the future overall sustainability of this department.

The Consultant looks forward to the continued efforts with the Police Department and these communities, to help them enhance the overall quality of life they are able to develop and enjoy.