**Date: April 30, 2025**
**To: United States District Court for the District of Arizona**
**From: Jim Keith, Professional Police Consultant for the Colorado City Marshals Office**
**Re: No. 3:12-cv-8123-HRH (Prescott Division). Bi-Annual Report, Requested May 1st, 2025**

As requested by the court, the following is a summary of the work that continues to be done to enhance the quality of service the Police Department provides to the Colorado City/Hildale community.

<u>V.B (3) (a) Policies and Procedures</u>

The department accreditation process is not complete yet as planned, however, they are getting closer and expect completion by mid-summer. The policies continue to be reviewed by the department and accreditation staff from the state of Arizona. The policies will continue to be updated by the consultant as needed when Lexipol updates are issued, based on legislative action/best practices and requests made by the Chief.

<u>V.B (3) (b) Hiring</u>

This remains a critical component to the survivability and sustainability of this police department. The consultant continues to work with the cities to implement an equitable and competitive retirement and healthcare benefit package.  The department/cities have made significant strides in this area and the current plan is to have this benefit in place starting in July (specifically the AZ State Retirement). This will greatly enhance the department's ability to attract seasoned, experienced officers to their team going forward. Hiring and retention continue to be challenging. The majority of the department remains relatively young in experience and knowledge due to the lack of experienced officers on shift to mentor and help them grow and develop. This not only impacts hiring, it also has a direct impact on retention. This directly impacts mentoring/teaching, and the level of service the supervisors are able to provide to less experienced officers. Once the retirement system is available and in place, it will definitely help in the future sustainability of the department.

It should be noted that CCPD is fully staffed, however they anticipate having to replace one officer in the near future as he is planning to leave. They have one officer that just recently graduated from the Utah Police Academy and will now begin the FTO program. All but two of the officers are currently certified as law enforcement officers in both Utah and Arizona.

Hiring and retention will continue to be challenging for the department and city as they are seeing new growth which also requires the hiring of additional officers to continue the level of service they currently provide.

<u>V.B (3) (c) Internal Affairs Policy and Procedures</u>

The internal affairs policy is in place and is used as needed. The consultant continues to work with the Chief to enhance the timeliness of the process so it is completed in a more efficient time frame.

V.B (3) (d) Review of Policies and Procedures

The consultant has been asked by the Chief to help with the next department meeting/training which will occur in May, where policies will be part of the training. There continues to be ongoing training on all policies throughout the year by in person training, daily training bulletins, and requests by the Chief.  The manual is updated when Lexipol issues an update because of legislative change, best practices, and requests from the Chief. The review and update of policy will continue to be part of our efforts to enhance the services the department provides to both communities. As mentioned above the department is continuing through the accreditation process in both states which includes a review of certain policies.

V.B (3) (e) Body Worn Camera Implementation

The body worn cameras are being used appropriately as dictated by policy.  There are still some operational errors by the officers, to include, noting in the incident report the use/non-use of the camera, and occasionally forgetting to turn them on. They are planning to update to the next gen with their BWC's within the next year. The consultant continues to work with the Chief to enhance this process and minimize the operator errors. They are continuing to grow and develop in this area and are showing good improvement.

The consultant will continue to review and monitor body worn camera footage, as it is critical in our effort to evaluate the level of services provided in the field and report writing.  It also allows for a review of officer safety, communication with the public, decision making, and officer demeanor/attitude. All of the above allow the consultant to get a better understanding of the overall level of service being provided to these communities.

V.B (3) (f) Annual Training regarding First, Fourth, and Fourteenth Amendments, the State and Federal Fair Housing ACTS, Landlord/tenant law, Trespass law and any other topics deemed appropriate.

This training is ongoing and the department is meeting the requirements of the injunction. They continue to attend trainings sponsored by the city, department, and other agencies. Outside agency partnerships with training continue to occur on a regular basis. The consultant has suggested that an emphasis be put on arrest control tactics in upcoming trainings. Some of the trainings that occurred during this reporting period are as follows: Officer Wellness program, De-escalation, Decision Making, and Firearms. Multiple outside agencies continue to use CCPDs facilities for training as well. They continue training with officers from other police agencies during this reporting period. This continues to enhance the trust and confidence with outside partners.

V.B (3) (g) Relationship development with Mohave and Washington County Departments

Relationship development with all outside agencies continue to be positive. The Chief and his staff continue to maintain good working relationships with surrounding agencies. Both County Attorney offices relationships are good with the CCPD as well, and continue to provide feedback and deliver training to the department. The partnership development at the federal level is also going very well. They continue to work cases with several federal partners and are seeing positive results from their combined efforts. The trust and confidence with outside agencies and partners are good and continues to grow.

<u>Other areas of emphasis that are being worked on to enhance the overall quality of services provided to the communities by the CCPD.</u>

The consultant continues to suggest community meetings be used to enhance trust/confidence and relationship/partnership development. The Police department will be involved in several community events during the next reporting period. They plan to be involved in several of the same events they were last summer to include: Music Festival, July 4th Parade and community event in the park, July 4th Street Dance in front of the police department, Fall Festival which also includes a dance in front of the police department.

The modifications to the police department facility are ongoing. They are close to completion. They have to be completed for the department accreditation process to be done. They were planning to have that process wrapped up by February 2025, however, it will now be mid-summer before it is complete.

There is progress and improvement with report writing. The consultant will continue to work with the Chief and staff in helping with these challenges. The following areas continue to need improvement:

- Completeness
- Supplemental reports
- Follow up/follow through
- Coding for reports is greatly improved, we will continue to monitor this

The Chief and the consultant will continue to work together to encourage improvement in these areas. The consultant will continue to monitor the report writing efforts to provide feedback that will enhance the accuracy and completeness of the final report. Ultimately, this will enhance the professionalism, transparency, accountability, trust, and confidence within the community, outside partners and agencies.

The consultant will continue to monitor the dispatch processes and efforts moving forward, as they relate to the police services. They continue to be enhanced to include infrastructure within the dispatch center and radio towers. The dispatch center will be going through the accreditation process over the next year or so as well. This will enhance the overall trust and confidence between the community and the police department/dispatch center as well. The Chief continues working with other state and local agencies to enhance the communication efforts with officers and the dispatch centers locally and regionally.

The accreditation process with both Arizona and Utah Chiefs of Police Associations mentioned above, is still ongoing. Once this is completed it will have a positive impact on this department's quality of service and work product provided to the communities. as well as, the operations of the department.

The consultant continues to work with the Chief on following up and following through with requests/needs/services within the department and community.

The consultant meets with the Court Monitor on a regular basis, the Mayors, and Managers of both cities quarterly as these meetings are of great value and will continue throughout the monitoring period.

The consultant continues to do field reviews with the CCPD staff (ride along with staff). This has proven to be of great value as it gives the consultant a chance to be one on one with the officers. This will continue as we move forward to assist with the overall monitoring and review of the services being provided to the community.

Trust and confidence building with the community and other partners continues to be a major focus, as it is a significant part of the future overall sustainability of this department.

The consultant looks forward to the continued efforts with the Police Department and these communities, to help them enhance the overall quality of life they are able to develop and enjoy.