# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Town of Colorado City, et al.,<br><br>　　　　Defendants. | No. CV-12-08123-PCT-SMB<br><br>**ORDER** |

This matter is before the Court pursuant to the Joint Motion to Terminate the Injunction (Doc. 1228). Having reviewed the Motion, and being otherwise advised on the premises, the Court finds that the Motion is well-taken and shall be granted.

**IT IS ORDERED** granting the Joint Motion to Terminate the Injunction (Doc. 1228).

**IT IS FURTHER ORDERED** that the injunction (Doc. 1053) is terminated, the Monitor is excused, and this matter is dismissed with prejudice.

Dated this 2nd day of July, 2025.

　　　　　　　　　　　　　　　　　　Honorable Susan M. Brnovich
　　　　　　　　　　　　　　　　　　United States District Judge